# EXHIBIT "B"

(Terms & Conditions on reverse of each Bill of Lading/Sea Waybill)

**TERMS AND CONDITION**

**(Large Print Available on Request)**

**1. DEFINITIONS**

"Carrier" means COSCO SHIPPING Lines Co., Ltd.

"Merchant" includes the consignor, the shipper, the receiver, the consignee, the owner of the Goods, the lawful holder or endorsee of this Bill of Lading, or any other person having any present or future interest in the Goods or this Bill of Lading, or anyone authorized to act on behalf of any of the foregoing.

"Vessel", where the context so admits, includes the Vessel named in Box 6 of this Bill of Lading or any substitute therefor, and any feeder vessel, lighter or barge used by or on behalf of the Carrier in connection with any seaborne leg of the carriage.

"Sub-contractor" includes owners，managers and operators of vessels (other than the Carrier), stevedores, terminal, warehouse, depot and groupage operators, road and rail transport operators and any independent contractor employed by the Carrier in the performance of the carriage and any sub-sub-contractor thereof. The expression Sub-contractor shall include direct and indirect Sub-contractors and their respective servants, agents or Sub-contractors.

"Goods" means the whole or any part of the cargo received from the Merchant and includes any Container not supplied by or on behalf of the Carrier.

"Package" means each Container which is stuffed and sealed by or on behalf of the Merchant, and not the items packed in such Container if the number of such items is not indicated on the front of this Bill of Lading or is indicated by the terms such as "Said to Contain" or similar expressions.

"Shipping Unit" means any physical unit of cargo not shipped in a package, including machinery, vehicles and boats, except goods shipped in bulk.

"Container" includes any Container, open top, trailer, transportable tank, flat rack, platform, pallet, and any other equipment or device used for or in connection with the transportation of the Goods.

**2. CARRIER'S TARIFF**

The terms of the Carrier's applicable Tariff and other requirements regarding charges are incorporated into this Bill of Lading. Particular attention is drawn to the terms contained therein, including, but not limited to, free storage time, Container and vehicle demurrage etc. Copies of the relevant provisions of the applicable Tariff are obtainable from the Carrier or his agents upon request. In case of any inconsistency between this Bill of Lading and the applicable Tariff, this Bill of Lading shall prevail.

**3. SUB-CONTRACTING, INDEMNITY AND CERTAIN DEFENSES, EXEMPTIONS AND LIMITATIONS**

(1) The Carrier shall have the right at any time and on any terms whatsoever to sub-contract the whole or any part of the carriage with any Sub-contractor and/or to substitute any other vessel or means of transport for the Vessel.

(2) The Merchant undertakes that no claim or legal action whatsoever shall be made or brought against any person by whom the carriage is performed or undertaken (including, but not limited to, the Carrier's servants, agents or Sub-contractors), other than the Carrier, which imposes or attempts to impose upon any such person, or any vessel owned or operated by such person, any liability whatsoever in connection with the Goods or the carriage thereof whether or not arising out of negligence on the part of such person. Should any such claim or legal action nevertheless be made or brought, the Merchant undertakes to indemnify the Carrier against all consequences thereof including legal expenses on a full indemnity basis. Without prejudice to the foregoing, every such person or vessel, including, but not limited to, the Carrier's servants, agents, or Sub-contractors as defined in Clause 1 above, shall have the benefit of every exemption, defense and limitation herein contained applicable to the Carrier, in contract or in tort, as if such provision were expressly contracted for its benefit, and, in entering into this contract, the Carrier, to the extent of such exemptions, defenses and limitations, does so not only on its behalf, but also as an agent and trustee for such person or vessel.

**4. CARRIER'S RESPONSIBILITY**

**(1) Port to Port Shipment** If boxes 6, 7 and 8 but not boxes 4,5and 9 are filled in on the front of this Bill of Lading, this Bill of Lading is a Port-to-Port contract. The Carrier shall be responsible for the Goods as Carrier from the time when the Goods are received by the Carrier at the Port of Loading until the time of delivery thereof at the port of discharge to the Merchant or to the Authority as required by local laws or regulations, whichever occurs earlier.

**(2) Combined Transport** If box 4, box 5 and/or box 9 are filled in on the front of this Bill of Lading and the place(s) or port(s) indicated therein is/are place(s) or port(s) other than that indicated in box 7 and box 8 and Freight is paid for combined transport, this Bill of Lading is a combined transport contract. The Carrier undertakes to arrange or procure the pre-carriage and/or on-carriage segments of the combined transport. All claims arising from the combined transport carriage must be filed with the Carrier within 9 months after the delivery of the Goods or the date when the Goods should have been delivered, failing which the Carrier shall be discharged from all liabilities whatsoever in respect of the Goods. If any payment is made by the Carrier to the Merchant in respect of any

claim arising from the combined transport carriage, the Carrier shall be automatically subrogated to or given all rights of the Merchant against all others including pre-carrier or on-carrier or Sub-contractor on account of such loss or damage. Nothing herein contained shall be deemed a waiver of any rights that the Carrier may have against a pre-carrier or on-carrier or Sub-contractor for indemnity or otherwise.

**5. NOTICE OF CLAIM AND TIME BAR**

(1) Unless notice of loss or damage is given in writing to the Carrier's agent at the Port of Discharge or Place of Delivery before or on the date of delivery of the Goods, or if loss or damage is not apparent, within 15 consecutive days thereafter, such delivery shall be prima facie evidence of the delivery of the Goods by the Carrier and/or on-carrier in the order and condition described in this Bill of Lading.

(2) The Carrier, its servants, agents and Sub-contractors shall be discharged from all liabilities whatsoever unless suit is brought within **one** year after the delivery of the Goods or the date when the Goods should have been delivered.

**6. LOSS OR DAMAGE**

(1) The terms of this Bill of Lading shall at all times govern all responsibilities of the Carrier in connection with or arising out of the carriage of the Goods not only during the carriage, but also during the period prior to and/or subsequent to the carriage. The exemptions from liability, defenses and limitation of liability provided for herein or otherwise shall apply in any action against the Carrier for loss or damage or delay, howsoever occurring and whether the action be founded in contract or in tort and even if the loss, damage or delay arose as a result of unseaworthiness, negligence or fundamental breach of contract. Save as is otherwise provided herein, the Carrier shall in no circumstances whatsoever and howsoever arising be liable for direct or indirect or consequential loss or damage or loss of profits.

(2) The Carrier does not undertake that the Goods will be transported from or loaded at the place of receipt or loading or will arrive at the place of discharge, destination or transshipment aboard any particular vessel or other conveyance at any particular date or time or to meet any particular market or in time for any particular use. Scheduled or advertised departure and arrival times are only expected times and may be advanced or delayed if the Carrier shall find it necessary, prudent or convenient. The Carrier shall in no circumstances whatsoever and howsoever arising be liable for direct, indirect or consequential loss or damage caused by delay.

(3) If the stage of the combined transport during which loss or damage occurred can be determined, the liability of the Carrier shall be governed by the national law(s) and/or international convention(s) applicable thereto. If the stage of the combined transport during which loss or damage occurred cannot be determined, the Merchant and the Carrier agree that it shall be deemed that the loss or damage occurred aboard the Carrier's Vessel. In either case, clauses 5(2) and 7 shall apply.

**7. LIMITATION OF LIABILITY**

(1) Except as provided for in Clause 7(2), this Bill of Lading shall be subject to the provisions of the Maritime Code of the People's Republic of China as provided for in Clause 26(1). Neither the Carrier, its servants, agents, Sub-contractors nor the Vessel shall in any event be liable for any loss or damage to the Goods in any amount exceeding the limits per package or unit prescribed by that Code, unless the nature and value of the Goods have been declared by the Merchant before shipment and inserted in this Bill of Lading (box 10) and the Merchant has paid additional Freight on such declared value.

(2) Where carriage includes carriage to or from or through a port or place in the United States of America, this Bill of Lading shall be subject to the provisions of the United States Carriage of Goods by Sea Act, 1936 (US COGSA) and any amendments thereto, as provided for in Clause 26(2) hereof. In such event, neither the Carriers nor its servants, agents, Sub-contractors and/or the Vessel shall in any event be liable for any loss of or damage to the Goods in an amount exceeding the limits per package or unit prescribed by US COGSA, unless the nature and value of the Goods have been declared by the Merchant before shipment and inserted in this Bill of Lading (box 10) and the Merchant has paid additional Freight on such declared value.

(3) If a legal regime other than the Maritime Code of the People's Republic of China or US COGSA is compulsorily applied to this Bill of Lading, the liability of the Carrier, if any, shall not exceed the limits per Package or Shipping Unit prescribed therein, unless the nature and value of the Goods have been declared by the Merchant and inserted in this Bill of Lading (box 10) and the Merchant has paid additional Freight on such declared value.

(4) For the purpose of this Clause 7, the declared value shall be the basis for calculating the Carrier's liability, if any, provided that such declared value shall not be conclusive on the Carrier, and further provided that such declared value does not exceed the true value of the Goods at destination. Any partial loss or damage shall be adjusted pro-rata on the basis of such declared value.

**8. FIRE**

The Carrier shall not be liable for any loss of or damage to the Goods occurring at any time, including that before loading or after discharge by reason of any fire whatsoever, unless such fire is caused by the actual fault of the Carrier.

**9. CARRIER'S CONTAINERS**

(1) Goods received in break bulk will be stuffed by the Carrier in

Containers and the Carrier shall have the right to carry any Containers, whether or not stuffed by the Carrier, on deck or below deck. All such Goods shall participate in General Average.

(2) If Carrier's Containers and equipment are used by the Merchant for pre-carriage or on-carriage or unpacked at the Merchant's premises, the Merchant is responsible for returning the empty Containers, with interiors brushed, clean and free of smell to the point or place designated by the Carrier, its servants or agents, within the time prescribed in the Tariff and/or required by the Carrier. Should a Container not be returned within the aforesaid time, the Merchant shall be liable for any detention, demurrage, loss or expenses which may arise from such non-return.

(3) The Merchant shall be liable for any loss of or damage to Carrier's Containers and other equipment while in the custody of the Merchant or anyone acting on the Merchant's behalf. The Merchant shall also be liable during such period for any loss of or damage to the property of others or for any injuries or death and the Merchant shall indemnify and hold the Carrier harmless against all damages, including legal expenses, incurred from any and all such claims arising during such periods.

**10. MERCHANT-STUFFED CONTAINER**

(1) If a Container has not been stuffed by or on behalf of the Carrier, the Carrier shall not be liable for loss of or damage to the Goods and the Merchant shall indemnify the Carrier against any loss, damage, liability or expense incurred by the Carrier if such loss, damage, liability or expense has been caused by:

(a) the manner in which the Container has been filled, packed, loaded or stuffed, or

(b) the unsuitability of the Goods for carriage in the Container, or

(c) the unsuitability or defective condition of the Container, provided that, if the Container had been supplied by or on behalf of the Carrier, this unsuitability or defective condition could have been apparent upon inspection by the Merchant at or prior to the time when the Container was filled, packed, loaded or stuffed.

(2) If a Merchant-stuffed Container is delivered by the Carrier with its seal intact, such delivery shall constitute full and complete performance of the Carrier's obligations hereunder and the Carrier shall not be liable for any loss or shortage of the Goods ascertained at delivery.

(3) The Merchant shall inspect Containers before stuffing them and the use of a Container shall be prima facie evidence of its being suitable and without defect.

**11. MERCHANT'S DESCRIPTION**

(1) The Merchant's description of the Goods stuffed in a sealed Container by the Merchant, or on his behalf, shall not be binding on the Carrier, and the description declared by the Merchant on the front of this Bill of Lading is information provided by the Merchant solely for its own use including but not limited to the use of its freight forwarder. It is understood by the Merchant that the Carrier has not verified the contents, weight or measurement of a sealed container, and the Carrier makes no representation as to the contents of a sealed Container, van, crate or box hereunder, nor its weight or measurement, nor the value, quantity, quality, description, condition, marks or number of the contents thereof. The Carrier shall be under no responsibility whatsoever in respect of such description or particulars.

(2) If any particulars of any letter of credit and/or import license and/or sales contract and/or invoice or order number and/or details of any contract to which the Carrier is not a party are shown on the front of this Bill of Lading, such particulars are included solely at the request of the Merchant for its convenience. The Merchant agrees that the inclusion of such particulars shall not be regarded as a declaration of value and shall in no way affect the Carrier's liability under this Bill of Lading. The Merchant acknowledges that, except as provided for in Clause 7 hereof, the value of the Goods is unknown to the Carrier.

**12. MERCHANT'S RESPONSIBILITY**

(1) The parties defined as "Merchant" in clause 1 hereof shall, where applicable, be jointly and severally liable to the Carrier for the due fulfillment of all obligations undertaken by any of them under this Bill of Lading.

(2) The Merchant warrants to the Carrier that the particulars relating to the Goods as set forth on the front of this Bill of Lading have been checked by the Merchant on receipt of this Bill of Lading and that such particulars, and any particulars furnished by or on behalf of the Merchant, are adequate and correct. The Merchant also warrants that the Goods are lawful Goods and are not contraband.

(3) The Merchant shall indemnify the Carrier against all liabilities, costs, losses, damages, fines, penalties, expenses or other sanctions of a monetary nature arising or resulting from any breach of the warranties in Clause 12(2) hereof or from any other cause in connection with the Goods for which the Carrier is not responsible.

(4) The Merchant shall comply with all regulations or requirements of customs, port and other Authorities, and shall bear and pay all duties, taxes, fines, imposts, expenses or losses (including the full return Freight for the Goods if returned, or if on-carried, the full Freight from the Port of Discharge or the Place of Delivery nominated herein to the amended Port of Discharge or the amended Place of Delivery) incurred and/or sustained by reason of any failure to so comply, or by reason of any illegal, incorrect or insufficient marking, numbering, or addressing of the Goods, and shall indemnify the Carrier in respect thereof.

**13. FREIGHT AND CHARGES**

(1) All Freight shall be deemed fully, finally and unconditionally earned

on receipt of the Goods by the Carrier and shall be paid and non-returnable in any event whatsoever.

(2) All Freight and charges shall be paid without any set-off, counter-claim, deduction, or stay of execution before delivery of the Goods.

(3) The Merchant's attention is drawn to the stipulations concerning currency in which the Freight is to be paid, rate of exchange, devaluation and other contingencies concerning the Freight in the applicable Tariff or as agreed otherwise.

(4) If the Merchant's description of the Goods in this Bill of Lading or in any document or certificate furnished to the Carrier by or on behalf of the Merchant shall prove to have been inaccurate, incorrect or misleading in any respect, the Merchant shall pay for the actual damage suffered by the Carrier.

(5) Payment of Freight and charges to any freight forwarder or broker, or anyone other than the Carrier or its authorized agent, shall not be considered payment to the Carrier and shall be made at the Merchant's sole risk.

(6) The parties defined as Merchants in clause 1 hereof shall, where applicable, be jointly and severally liable to the Carrier for payment of all Freight, demurrage, General Average and charges, including, but not limited to, court costs, expenses and reasonable attorney's fees incurred in collecting sums due the Carrier, failing which shall be considered a default by the Merchant in the payment of Freight and charges.

**14. INSPECTION OF THE GOODS**

The Carrier and/or any person to whom the Carrier has sub-contracted the carriage or any person authorized by the Carrier shall be entitled, but under no obligation，to open any Container or Package at any time and to inspect the Goods. If by order of the Authorities at any place, a container must be opened for inspection, the Carrier shall not be liable for any loss or damage incurred as a result of any opening, unpacking, inspection or repacking. The Carrier shall be entitled to recover the cost of such opening, unpacking, inspection, and repacking from the Merchant.

**15. CARRIAGE AFFECTED BY CONDITION OF THE GOODS**

If it appears at anytime that the Goods cannot safely or properly be carried or carried further, either at all or without incurring any additional expense or taking any measure(s) in relation to the Goods or the Container, the Carrier may without notice to the Merchant (but as its agent only) take any measure(s) and/or incur any additional expense to carry or to continue the carriage thereof, and/or dispose of the Goods, and/or abandon the carriage and/or store them ashore or afloat, under cover or in the open, at any place, whichever the Carrier in his absolute discretion considers most appropriate, which abandonment, storage or disposal thereof shall be deemed to constitute due delivery under this Bill of Lading. The Merchant shall indemnify the Carrier against any additional expense so incurred.

**16. LIENS**

The Carrier shall have a lien on the Goods and any documents relating thereto for Freight, dead Freight, demurrage, detention, and for any expenses incurred by the Carrier for re-coopering, repacking, remarking, fumigation or required disposal of faulty Goods, for General Average contributions to whomsoever due, for fines, dues, tolls, land Freight, or commissions paid or advanced by the Carrier on behalf of the Goods, for any sums including salvage payable to the Carrier under this Bill of Lading and for legal expenses incurred because of any attachment or other legal proceedings brought against the Goods by governmental Authorities or any person claiming an interest in the Goods. The Carrier's lien shall survive discharge or delivery of the Goods and the Carrier shall have the right to enforce such lien by public auction or private sale in its discretion. Should the proceeds of sale fail to cover the amount due, including expenses incurred, the Carrier shall be entitled to recover the balance from the Merchant. Should such proceeds exceed the amount due, the balance shall be returned to the Merchant.

**17. DECK CARGO, ANIMALS AND PLANTS**

Goods (other than Goods stuffed in Containers) that are stated on the front of this Bill of Lading as contracted to be stowed "on deck" and are so carried, and all live animals, including fish and birds, or plants shipped hereunder, shall be carried solely at the risk of the Merchant, and the Carrier shall not be liable for any loss or damage of whatsoever nature arising during carriage by sea whether or not arising out of negligence on the part of the Carrier. The Carrier shall be bound to prove that he has fulfilled the special requirements of the Merchant with regard to the carriage of the live animals and that under the circumstances of the sea carriage, the loss or damage has occurred due to the special risks inherent therein. The Merchant shall indemnify the Carrier against all or any extra costs incurred for any reason whatsoever in connection with the carriage of such live animals or plants.

**18. METHODS AND ROUTES OF CARRIAGE**

The Carrier may at any time during the carriage

(1) use any means of transport or storage whatsoever;

(2) transfer the Goods from one conveyance to another including transshipment or carrying the same on another Vessel other than the Vessel named on the front of this Bill of Lading or by any other means of transport whatsoever.

Anything done in accordance with this Clause or any delay arising therefrom shall be deemed to be within the scope of the carriage and shall not be a deviation.

**19. MATTERS AFFECTING PERFORMANCE**

If at any time the carriage is or is likely in the judgment of the Master to be affected by any hindrance, risk, delay, difficulty or disadvantage of any kind, other than the inability of the Goods to be safely or properly carried or carried further, and howsoever arising (even though the circumstances giving rise to such matters as stated above existed at the time this contract was entered into or the Goods were received for shipment), the Carrier (whether or not the carriage is commenced) may, at his sole discretion and without prior notice to the Merchant:

(1) carry the Goods to the contracted Port of Discharge or Place of Delivery, whichever is applicable, by an alternative route from that indicated in this Bill of Lading or from that which is customary for Goods consigned to that Port of Discharge or Place of Delivery. If the Carrier elects to invoke the terms of this sub-Clause, then, notwithstanding the provisions of Clause 18 hereof, the Carrier shall be entitled to charge such additional Freight as the Carrier may determine, or

(2) suspend the carriage of the Goods and store them ashore or afloat upon the terms of this Bill of Lading and endeavor to forward them as soon as possible, but the Carrier makes no representation as to the maximum period of suspension. If the Carrier elects to invoke the terms of this sub-Clause, then the Carrier shall be entitled to the payment of such additional Freight as the Carrier may determine, or

(3) abandon the carriage of the Goods and place the Goods at the Merchant's disposal at any port or place where the Carrier may deem safe and convenient, whereupon the responsibility of the Carrier in respect of such Goods shall entirely cease. The Carrier shall nevertheless be entitled to full Freight on the Goods received for shipment, and the Merchant shall pay any additional costs of the carriage to, and delivery and storage at such port or place.

Where the Carrier elects to use an alternative route under Clause 19(1) or to suspend the carriage under Clause 19(2), same shall not prejudice its right subsequently to abandon the carriage.

**20. DANGEROUS GOODS**

At the time of shipment of Dangerous Goods, the Merchant shall, in compliance with the regulations governing the carriage of such Goods, have the same properly packed, distinctly marked and labeled and notify the Carrier in writing of their proper description, nature and the precautions to be taken. In case the Merchant fails to or inaccurately notifies the Carrier, the Carrier may have such Goods landed, destroyed or rendered innocuous when and where circumstances so require, without compensation. The Merchant shall be liable to the Carrier for any loss, damage or expense resulting from such shipment.

Notwithstanding the Carrier's knowledge of the nature of the Dangerous Goods and its consent to carry, the Carrier may still have such Goods landed, destroyed or rendered innocuous, without compensation, when they become an actual danger to the Vessel, the crew and other persons on board or to other goods. However, what mentioned in this Clause shall not prejudice the contribution in General Average, if any.

**21. SPECIAL, REFRIGERATED OR HEATED CONTAINERS**

(1) Unless the Merchant and the Carrier agree in writing before shipment that specially ventilated, refrigerated or heated Containers will be used to ship the Goods and such agreement is noted on the front of this Bill of Lading, and the Merchant gives proper written notice to the Carrier of the nature of the Goods and of the particular temperature range to be maintained and/or special attention required and the Merchant pays the extra Freight charged under the Carrier's Tariff or as agreed, the Goods shall be carried in ordinary unventilated Containers.

(2) In case of a refrigerated Container stuffed by or on behalf of the Merchant, the Merchant undertakes that its thermostatic, ventilating or any other controls have been correctly set by the Merchant and that the temperature of the Goods and the refrigerated Container has been brought to the required temperature level before stuffing and that the Goods have been properly stowed in the Container before the receipt thereof by the Carrier. If these requirements are not fully met, the Carrier shall not be liable for any loss of or damage to the Goods howsoever arising. The Merchant shall be responsible for the operation and maintenance of the Carrier's Container while it is in the Merchant's custody or the custody of anyone acting on the Merchant's behalf.

(3) If a suggested temperature is noted on the front of this Bill of Lading, the Merchant shall deliver the Goods to the Carrier at the noted temperature plus or minus 2℃ permitted, and the Carrier shall exercise due diligence to maintain such temperature, plus or minus 2℃ while the Goods are in its actual possession.

(4) The Carrier does not warrant that the Container be properly ventilated, refrigerated or heated throughout the carriage, nor shall the Carrier be liable for any loss of or damage to the Goods arising from any latent defects, any total or partial failure or breakdown, or stoppage of the refrigerating machinery, plant, insulation and/or any apparatus of the Container, Vessel, conveyance and any other facilities, provided that the Carrier shall before or at the beginning of the carriage exercise due diligence to maintain the refrigerated Container in an efficient state.

(5) In case of the Merchant's own Container, a set of emergency kit and an operation manual shall be supplied by the Merchant.

**22. NOTIFICATION AND DELIVERY**

(1) Any mention herein of parties to be notified of the arrival of the Goods is solely for information of the Carrier, and failure to give such notification shall not give rise to any liability on the part of the Carrier or relieve the Merchant of any obligation hereunder.

(2) The Merchant shall take delivery of the Goods within the time

provided for in the Carrier's applicable Tariff or as required by the Carrier.

(3) If the Merchant fails to take delivery of the Goods during a reasonable time or whenever in the opinion of the Carrier the Goods are likely to deteriorate, decay, become worthless or incur charges whether for storage or otherwise in excess of their value, the Carrier may, at its discretion, without prejudice to any rights which he may have against the Merchant, without notice and without any responsibility whatsoever attaching to him, unstuff, sell, destroy or dispose of the Goods at the sole risk and expense of the Merchant, and apply any proceeds of sale in reduction of the sums due to the Carrier from the Merchant. The aforesaid unstuffing shall constitute due delivery hereunder and thereupon all liability whatsoever of the Carrier in respect of the Goods thereof shall cease.

(4) Where the Carrier is obliged to hand over the Goods so carried into the custody of the port, customs or any other Authorities at the Port of Discharge or Place of Delivery and the Goods are delivered by the same to the Merchant without necessity of production of this Bill of Lading by the Merchant as required by the local law, regulation and/or practice, such hand-over shall constitute due delivery to the Merchant under this Bill of Lading and there-upon the liability of the Carrier in respect of the Goods shall entirely cease.

(5) Refusal by the Merchant to take delivery of the Goods in accordance with the terms of this Clause, notwithstanding its having been notified of the availability of the Goods for delivery, shall constitute an irrevocable waiver by the Merchant to the Carrier of all and any claims whatsoever relating to the Goods or the Carriage. The Merchant shall be liable for any losses, damages, expenses and liabilities incurred and sustained by the Carrier arising from such refusal, including but not limited to, the return of the Goods to their place of origin.

**23. GENERAL AVERAGE AND SALVAGE**

(1) General Average shall be adjusted at any port or place at the Carrier's option according to the York-Antwerp Rules 1974, as amended in 1990. The Merchant shall give such cash deposit or other security as the Carrier may deem sufficient to cover the estimated General Average contribution of the Goods before delivery.

(2) In the event of the Master considering that salvage services are needed, the Merchant agrees that the Master shall act on its behalf to procure such services to Goods and that the Carrier may act on its behalf to settle salvage remuneration. The Merchant shall timely and fully provide cash deposit or other security to the salvor without affecting the schedule of the Vessel after the salvage, failing which the Merchant shall be liable for any losses arising therefrom and sustained by the Carrier.

**24. BOTH-TO-BLAME COLLISION**

The Both-to-blame Collision Clause currently published by the Baltic and International Maritime Conference is deemed to be incorporated into this Bill of Lading.

**25. NON-VESSEL-OPERATING COMMON CARRIERS**

If this Bill of Lading is accepted by a Merchant acting as a non-vessel-operating common carrier (NVOCC), who has in turn concluded other contracts of carriage with third parties, the NVOCC hereby warrants that the contracts concluded by him in respect of the Goods subject to this Bill of Lading shall incorporate the terms and conditions of this Bill of Lading. The NVOCC further warrants to indemnify the Carrier, its servants, agents and Sub-contractors against all consequences of his failure to do so.

**26. LAW AND JURISDICTION**

(1) This Bill of Lading is governed by the laws of the People's Republic of China. All disputes arising under or in connection with this Bill of Lading shall be determined by the laws of the People's Republic of China and any action against the Carrier shall be brought before the Shanghai Maritime Court or other maritime courts in the People's Republic of China, as the case may be.

(2) Notwithstanding the provision of Clause 26(1), where carriage includes carriage to or from or through a port or place in the United States of America, this Bill of Lading shall be subject to the provisions of the US COGSA, which shall be deemed to have been incorporated herein and nothing herein contained shall be deemed a surrender by the Carrier of any of its rights, immunities, exceptions or limitations or an increase of any of its liabilities under US COGSA. The provision cited in the COGSA(except as may be otherwise specifically provided herein) shall also govern before loading and after discharging as long as the goods remain in the Carrier's custody of control.

**27. VARIATION OF THE CONTRACT**

No servant, agent or Sub-contractor of the Carrier shall have the power to waive or vary any terms of this Bill of lading unless such waiver or variation is in writing and is specifically authorized or approved in writing by the Carrier.

**28. NEW JASON CLAUSE**

In the event of accident, danger, damage or disaster before or after the commencement of the voyage resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequences of which, the Carrier is not responsible by statute, contract or otherwise, the Goods and the Merchant jointly and severally shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the Goods. If a salving ship is owned or operated by the Carrier, salvage shall be paid for as fully as if the salving ship belonged to strangers.

**The following clauses are applicable only when document used as a Sea Waybill**

**29.** Delivery will be made to the consignee or his authorized representative upon presentation of a delivery receipt or other evidence of identity and authorization satisfactory to the Carrier in his sole and absolute discretion without the need of producing or surrendering a copy of his Sea Waybill.

**30.** Except as provided in this Sea Waybill, the contract of carriage evidenced by this Sea Waybill is subject to the terms and conditions of the Carrier's current Combined Transport Bill of Lading, a copy of which may be obtained from the Carrier and its agent. The Shipper accepts all said terms and conditions, including but not limited to the per package and other limitations of liability contained therein, on behalf of the Consignee and the Owner of the Goods and warrants that he has authority to do so.

**31.** The consignee or other receiver of the Goods, by presenting this Sea Waybill and/or requesting delivery of the Goods, undertakes all liabilities of the Shipper under this Sea Waybill and the Carrier's current Combined Transport Bill of Lading, such undertaking being additional and without prejudice to the Shipper's own liability.

**32.** The shipper agrees and observes the CMI Uniform Rules for Sea Waybill for the purpose of using the Carrier's Sea Waybill in cargo transportation.

**33.** Upon written request of the Shipper prior to arrival of the carrying vessel at the Port of Discharge or Place of Delivery, whichever applicable, the Carrier will use its best efforts to change the Sea Waybill to the Carrier's Bill of Lading, provided that the Carrier shall in no case be liable for failure timely to effect such changes.

**34.** The goods are subject to the Carrier's normal credit practices with respect to release of particular Goods, as specified in the Carrier's Tariff and Bill of Lading, including but not limited to, the Carrier's right to a lien against any shipment as security for any unpaid charges due and owing to the carrier by any party to this Sea Waybill, whether related to the Goods described in this sea Waybill or not.

**35.** Unless instructed to the contrary by the shipper prior to the commencement of carriage and noted accordingly on the face hereof, the Carrier will, subject to the aforesaid terms and conditions, process cargo claims with the consignee. Claims settlement, if any, shall be a complete discharge of Carrier's liabilities to the Shipper.

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

COPY

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper — Insert Name Address and Phone/Fax:
MANHAO INT'L GROUP INC., AS AGENT
FOR OCEAN LINE LOGISTICS,
INC 630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8012850960
Bill of Lading No.: COSU8012850960
Export References: LAN16030 OE1625730

2. Consignee — Insert Name Address and Phone/Fax:
CONG TY TNHH THUONG MAI DICH VU
XUAT NHAP KHAU BINH NGUYEN ADD: 31
DUONG SO 7, KHU PHO 1, PHUONG LINH
DONG, QUAN THU DUC, TP.HCM, VN TEL:
0909382162 / 0909278733

Forwarding Agent and References FMC/CHB No.:
Point and Country of Origin:

3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify): SAME AS CONSIGNEE

Also Notify Party-routing & Instructions: *MINH,VIETNAM

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: MINNEAPOLIS, MN
6. Ocean Vessel Voy. No.: COSCO BEIJING 057W
7. Port of Loading: SEATTLE, WA
Service Contract No.: LAN16030
DOC Form No.:
8. Port of Discharge: SHANGHAI
9. Combined Transport* Place of Delivery: CAT LAI,HO CHI *
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| N/M | 61 BALES | 2X40' HQ CONTAINER SLAC PLASTIC SCRAP CCLU7383027/008468 NW:20937KGS CCLU7496764/008469 NW:19250KGS | 41721KGS | |

OCEAN FREIGHT PREPAID
SHIPPER'S LOAD AND COUNT
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CCLU7383027 /008468 / 33 BALES /FCL / FCL /40HQ/21,645.00KG
CCLU7496764 /008469 / 28 BALES /FCL / FCL /40HQ/20,076.00KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| DEST DLVY CHARGE | | 122.00 | 2/40HQ | USD 244.00 | PPD | | LOS ANGELES |
| LAN16030 | | 1350.00 | 2/40HQ | USD 2,700.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 30.00 | 1.000 | USD 30.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD 24.00 | PPD | | LOS ANGELES |
| LOW SULFUR SURCHAR | | 29.00 | 2/40HQ | USD 58.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 3,106.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bill of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 23 JUN 2016
Signed by: COSCO CONTAINER LINES AMERICAS, INC., AS AGENT

9805 Date of Issue 23 JUN 2016 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

COPY

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper — Insert Name Address and Phone/Fax:
OCEANLINE LOGISTCS
AS AGENT FOR S & Q TRADE LLC.
630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8015525400
Bill of Lading No.: COSU8015525400
Export References: LAN18130 OE1729160

2. Consignee — Insert Name Address and Phone/Fax:
TRONG KHANG INTERNATIONAL TRANSPORT
COMMERCIAL COMPANY LIMITED .
107/55 QUANG TRUNG STR, WARD 10,
GO VAP DIST, HOCHIMINH CITY
VIET NAM.

Forwarding Agent and References FMC/CHB No.:
Point and Country of Origin:

3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify):
SAME AS CONSIGNEE
TEL: 84.8-62617366
FAX: 84.8-62617365
EMAIL: QUYEN@TKTRANS.COM.VN

Also Notify Party-routing & Instructions:

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: CHICAGO, IL
6. Ocean Vessel Voy. No.: OOCL MIAMI 043W
7. Port of Loading: LONG BEACH,CA
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: HO CHI MINH,VIETNAM
9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| ITN# X20180126311715 | 113 BALES | 3X40'HQ CNTR SLAC: PLASTIC SCRAP | 56115.000KGS | 120.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD STOW AND COUNT
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CBHU8218480 /2563899 / 38 BALES /FCL / FCL /40HQ/18,160.000KG
CSNU6101467 /2563895 / 39 BALES /FCL / FCL /40HQ/18,913.000KG
CCLU7695160 /1746734 / 36 BALES /FCL / FCL /40HQ/19,042.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY THREE CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 3/40HQ | USD 2,850.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 3/40HQ | USD 36.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 2,971.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bill of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 5 FEB 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 5 FEB 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COPY

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEANLINE LOGISTCS AS AGENT FOR
FUKUTOMI COMPANY LIMITED.
630 W DUARTE ROAD SUITE 205
ARCADIA, CA 91007

Booking No.: 8015609711
Bill of Lading No.: COSU8015609711
Export References: LAN18130 / OE1729227 / 18-BAYFKT-02

2. Consignee (Insert Name Address and Phone/Fax)
PHUONG MAI INDUSTRY ENVIRONMENT
COMPANY LIMITED
NGUYEN DUC CANH STREET,
KINH BAC WARD, BAC NINH CITY,
BAC NINH PROVINCE, VIET NAM ++

Forwarding Agent and References FMC/CHB No.:
Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
PHUONG MAI INDUSTRY ENVIRONMENT
COMPANY LIMITED
NGUYEN DUC CANH STREET,
KINH BAC WARD, BAC NINH CITY,
BAC NINH PROVINCE, VIET NAM ++

Also Notify Party-routing & Instructions:
\+ EMAIL: TECHFOCUS.SLAW@GMAIL.COM,
XNKDUCHUY@GMAIL.COM.
TEL: 0974.343.187
++ + CONTACT PERSON: LE THANH LAM:
0965156568 / SAGIMEXLTL@GMAIL.COM

| 4. Combined Transport* Pre-Carriage by | 5. Combined Transport* Place of Receipt | | |
|---|---|---|---|
| | CHICAGO, IL | | |
| **6. Ocean Vessel Voy. No.** | **7. Port of Loading** | **Service Contract No.** | **DOC Form No.** |
| OOCL HO CHI MINH CITY 021W | LONG BEACH, CA | LAN18130 | |
| **8. Port of Discharge** | **9. Combined Transport* Place of Delivery** | **Type of Movement** | |
| HO CHI MINH (CAT LAI) | HO CHI MINH (CAT LAI) | FCL / FCL CY-CY | |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| ITN# X20180209129451 | 1 UNIT | 1X40'HQ CNTR SLAC: PLASTIC SCRAP GW: 11267KGS NW: 11267KGS | 11267.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.
SHIPPER'S LOAD STOW AND COUNT

CBHU9475354 /3674978 / 1 UNIT /FCL / FCL /40HQ/11,267.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 1/40HQ | USD | 950.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 1,097.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 19 FEB 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 19 FEB 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COPY

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEANLINE LOGISTCS AS AGENT FOR
JOY VICTORY CORP.
630 W DUARTE ROAD SUITE 205
ARCADIA, CA 91007

Booking No.: 8015609713
Bill of Lading No.: COSU8015609713
Export References: LAN18130 / OE1729360-1

2. Consignee (Insert Name Address and Phone/Fax)
CONG TY TNHH MTV DADU VIET NAM
LO SO 14-16-18-20, DUONG SO 03, KCN
TAN DUC, XA DUC HOA HA, HUYEN DUC
HOA, TINH LONG AN >

Forwarding Agent and References FMC/CHB No.:
Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CONSIGNEE
\> MAIL:
LUONGTHANG1111987@YAHOO.COM.VN
TEL : 0909666265 MR THANG

Also Notify Party-routing & Instructions:

| 4. Combined Transport* Pre-Carriage by | 5. Combined Transport* Place of Receipt | | |
|---|---|---|---|
| | CHICAGO | | |
| **6. Ocean Vessel Voy. No.** | **7. Port of Loading** | **Service Contract No.** | **DOC Form No.** |
| OOCL TAIPEI 022W | LONG BEACH | LAN18130 | |
| **8. Port of Discharge** | **9. Combined Transport* Place of Delivery** | **Type of Movement** | |
| BA RIA-VUNG TAU(CM-TV) | HO CHI MINH (CAT LAI) | FCL / FCL CY-CY | |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| X20180223935665 | 60 BALES | 2X40' CONTAINERS SLAC PLASTIC WRAP | 41725.000KGS | 80.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

TCNU3297069 /COSA170390 / 30 BALES /FCL / FCL /40HQ/21,416.000KG
UETU5416306 /COSA170353 / 30 BALES /FCL / FCL /40HQ/20,309.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 2/40HQ | USD | 1,900.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD | 24.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 2,059.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 6 MAR 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 6 MAR 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COPY

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEANLINE LOGISTCS AS AGENT FOR
JOY VICTORY CORP.
630 W DUARTE ROAD SUITE 205
ARCADIA, CA 91007

Booking No.: 8015609711
Bill of Lading No.: COSU8015609717
Export References: LAN18130

2. Consignee (Insert Name Address and Phone/Fax)
PHUONG MAI INDUSTRY ENVIRONMENT
COMPANY LIMITED
NGUYEN DUC CANH STREET,
KINH BAC WARD, BAC NINH CITY,
BAC NINH PROVINCE, VIET NAM

Forwarding Agent and References FMC/CHB No.:
Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CONSIGNEE
CONTACT PERSON: LE THANH
LAM: 0965156568 /
SAGIMEXLTL@GMAIL.COM

Also Notify Party-routing & Instructions:

| 4. Combined Transport* Pre-Carriage by | 5. Combined Transport* Place of Receipt | | |
|---|---|---|---|
| | CHICAGO, IL | | |
| **6. Ocean Vessel Voy. No.** | **7. Port of Loading** | **Service Contract No.** | **DOC Form No.** |
| OOCL HO CHI MINH CITY 021W | LONG BEACH, CA | LAN18130 | |
| **8. Port of Discharge** | **9. Combined Transport* Place of Delivery** | **Type of Movement** | |
| HO CHI MINH (CAT LAI) | HO CHI MINH (CAT LAI) | FCL / FCL CY-CY | |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| ITN# X20180209129451 | 60 BALES | 2X40'HQ CNTR SLAC: PLASTIC SCRAP | 32890.000KGS | 80.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD STOW AND COUNT
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

SEGU4284516 /7258939 / 30 BALES /FCL / FCL /40HQ/16,980.000KG
CBHU8626395 /7258942 / 30 BALES /FCL / FCL /40HQ/15,910.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 2/40HQ | USD | 1,900.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD | 24.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 29.00 | 1.000 | USD | 29.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 122.00 | 2/40HQ | USD | 244.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 2,247.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 19 FEB 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 19 FEB 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COPY

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEAN LINE LOGISTICS, INC. AS AGENT
FOR S & Q TRADE LLC.
630 W. DUARTE ROAD
ARCADIA, CA - 91007
UNITED STATES

Booking No.: 8015609720
Bill of Lading No.: COSU8015609720
Export References: LAN18130 / OE1729182

2. Consignee (Insert Name Address and Phone/Fax)
TRONG KHANG INTERNATIONAL TRANSPORT
COMMERCIAL COMPANY LIMITED .
107/55 QUANG TRUNG STR,WARD 10, GO
VAP DIST, HOCHIMINH CITY VIET NAM.

Forwarding Agent and References FMC/CHB No.:
Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CONSIGNEE
TEL: 84.8-62617366
FAX: 84.8- 62617365
EMAIL: QUYEN@TKTRANS.COM.VN

Also Notify Party-routing & Instructions:

| 4. Combined Transport* Pre-Carriage by | 5. Combined Transport* Place of Receipt | | |
|---|---|---|---|
| | CHICAGO | | |
| **6. Ocean Vessel Voy. No.** | **7. Port of Loading** | **Service Contract No.** | **DOC Form No.** |
| CAPE TAINARO 005W | LONG BEACH | LAN18130 | |
| **8. Port of Discharge** | **9. Combined Transport* Place of Delivery** | **Type of Movement** | |
| BA RIA-VUNG TAU | HO CHI MINH (CAT LAI) | FCL / FCL CY-CY | |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES# X20180202736078 SECOND SEAL # CBHU8632680 COSA166360 BMOU5159194 COSA166461 FSCU8030741 COSA166359 | 95 BALES | 3X40'HQ CONTAINER SLAC PLASTIC SCRAP | 57233.000KGS | 120.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY THREE CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 3/40HQ | USD | 2,850.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 3/40HQ | USD | 36.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 2,971.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 13 FEB 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 13 FEB 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: CAPE TAINARO Voyage: 005W B/L NO.: COSU8015609720 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED. | | | | |
| BMOU5159194 /2563869 | / | 33 BALES /FCL / FCL | /40HQ/18,403.000KG | |
| CBHU8632680 /1746753 | / | 36 BALES /FCL / FCL | /40HQ/18,897.000KG | |
| FSCU8030741 /1265498 | / | 26 BALES /FCL / FCL | /40HQ/19,933.000KG | |

**COPY**

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| Field | Content |
|---|---|
| 1. Shipper (Insert Name Address and Phone/Fax) | OCEANLINE LOGISTCS AS AGENT FOR S & Q TRADE LLC. 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007 |
| Booking No. | 8015609721 |
| Bill of Lading No. | COSU8015609721 |
| Export References | LAN18130 OE1729290 |
| 2. Consignee (Insert Name Address and Phone/Fax) | TRONG KHANG INTERNATIONAL TRANSPORT COMMERCIAL COMPANY LIMITED . 107/55 QUANG TRUNG STR, WARD 10, GO VAP DIST, HOCHIMINH CITY VIET NAM.> |
| Forwarding Agent and References | |
| Point and Country of Origin | |
| 3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | TRONG KHANG INTERNATIONAL TRANSPORT COMMERCIAL COMPANY LIMITED . 107/55 QUANG TRUNG STR, WARD 10, GO VAP DIST, HOCHIMINH CITY VIET NAM.> |
| Also Notify Party-routing & Instructions | >TEL: 84.8-62617366 FAX: 84.8- 62617365 |
| 4. Combined Transport* Pre-Carriage by | |
| 5. Combined Transport* Place of Receipt | CHICAGO |
| 6. Ocean Vessel Voy. No. | OOCL BEIJING 058W |
| 7. Port of Loading | LONG BEACH,CA |
| Service Contract No. | LAN18130 |
| Commodity Code | |
| 8. Port of Discharge | BA RIA-VUNG TAU(CM-TV) |
| 9. Combined Transport* Place of Delivery | HO CHI MINH (CAT LAI) |
| Type of Movement | FCL / FCL CY-CY |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| ABS ITN: X20180216526718 | 235 PIECES | 7X40'HQ CONTAINER SLAC: PLASTIC SCRAP | 136657.000KGS | |
| OCEAN FREIGHT PREPAID ON CY-CY TERM SHIPPER'S LOAD,COUNT AND SEAL THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED. | | | | |
| DRYU9562064 /1265504 | / | 33 PIECES /FCL / FCL | /40HQ/20,135.000KG | |
| CBHU9432809 /1265503 | / | 32 PIECES /FCL / FCL | /40HQ/19,426.000KG | |
| TEMU6640783 /1746764 | / | 36 PIECES /FCL / FCL | /40HQ/19,568.000KG | |
| GESU6881938 /1746835 | / | 34 PIECES /FCL / FCL | /40HQ/19,060.000KG | |
| CBHU9420789 /6590507 | / | 29 PIECES /FCL / FCL | /40HQ/19,189.000KG | |
| CCLU7257918 /1746800 | / | 38 PIECES /FCL / FCL | /40HQ/20,385.000KG | |
| | ** | TO BE CONTINUED ON ATTACHED LIST ** | | |

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY SEVEN CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 7/40HQ | USD | 6,650.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 7/40HQ | USD | 84.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 122.00 | 7/40HQ | USD | 854.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 29.00 | 1.000 | USD | 29.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 7,702.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board 26 FEB 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 26 FEB 2018 Place of Issue LOS ANGELES Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: OOCL BEIJING Voyage: 058W B/L NO.: COSU8015609721 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| TCNU6622795 /6590505 | / | 33 PIECES /FCL / FCL | /40HQ/18,894.000KG | |

**COPY**

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| Field | Content |
|---|---|
| 1. Shipper (Insert Name Address and Phone/Fax) | OCEANLINE LOGISTCS AS AGENT FOR S & Q TRADE LLC. 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007 |
| Booking No. | 8015609722 |
| Bill of Lading No. | COSU8015609722 |
| Export References | LAN18130 OE1729226 |
| 2. Consignee (Insert Name Address and Phone/Fax) | TRONG KHANG INTERNATIONAL TRANSPORT COMMERCIAL COMPANY LIMITED 107/55 QUANG TRUNG STR, WARD 10, GO VAP DIST, HOCHIMINH CITY VIET NAM |
| Forwarding Agent and References FMC/CHB No. | |
| Point and Country of Origin | |
| 3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | SAME AS CONSIGNEE EMAIL: QUYEN@TKTRANS.COM.VN TEL: 84.8-62617366 FAX: 84.8-62617365 |
| Also Notify Party-routing & Instructions | |
| 4. Combined Transport* Pre-Carriage by | |
| 5. Combined Transport* Place of Receipt | CHICAGO,IL |
| 6. Ocean Vessel Voy. No. | OOCL HO CHI MINH CITY 021W |
| 7. Port of Loading | LONG BEACH,CA |
| Service Contract No. | LAN18130 |
| DOC Form No. | |
| 8. Port of Discharge | BA RIA-VUNG TAU(CM-TV) |
| 9. Combined Transport* Place of Delivery | HO CHI MINH (CAT LAI) |
| Type of Movement | FCL / FCL CY-CY |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| ITN# X20180209126270 | 250 PIECES | 7X40'HQ CNTR SLAC: PLASTIC SCRAP | 126000.000KGS | |
| OCEAN FREIGHT PREPAID ON CY-CY TERM SHIPPER'S LOAD STOW AND COUNT THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED. | | | | |
| MAGU5359810 /6590519 | / | 34 PIECES /FCL / FCL | /40HQ/19,577.000KG | |
| CBHU8740772 /6590520 | / | 31 PIECES /FCL / FCL | /40HQ/18,137.000KG | |
| CBHU8872871 /6590504 | / | 31 PIECES /FCL / FCL | /40HQ/19,206.000KG | |
| FCIU9866104 /1265500 | / | 30 PIECES /FCL / FCL | /40HQ/15,767.000KG | |
| CBHU8858087 /1265501 | / | 46 PIECES /FCL / FCL | /40HQ/17,015.000KG | |
| TCNU6316028 /1265502 | / | 42 PIECES /FCL / FCL | /40HQ/16,648.000KG | |
| | ** | TO BE CONTINUED ON ATTACHED LIST ** | | |

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY SEVEN CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 7/40HQ | USD | 6,650.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 7/40HQ | USD | 84.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 6,819.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board 19 FEB 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 19 FEB 2018 Place of Issue LOS ANGELES Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: OOCL HO CHI MINH CITY — Voyage: 021W — B/L NO.: COSU8015609722 — PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| CSLU6138010 /1746829 | / | 36 PIECES /FCL / FCL | /40HQ/19,650.000KG | |

---

**COPY**

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.
Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

**1. Shipper** (Insert Name Address and Phone/Fax)
OCEANLINE LOGISTCS AS AGENT FOR
S & Q TRADE LLC
630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8015609723
Bill of Lading No.: COSU8015609723
Export References: LAN18130 OE1729361

**2. Consignee** (Insert Name Address and Phone/Fax)
TRONG KHANG INTERNATIONAL TRANSPORT
COMMERCIAL COMPANY LIMITED.
107/55 QUANG TRUNG STR, WARD 10,
GO VAP DIST,
HOCHIMINH CITY VIET NAM.>

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

**3. Notify Party** (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CONSIGNEE
EMAIL: QUYEN@TKTRANS.COM.VN

Also Notify Party-routing & Instructions:
>TEL: 84.8-62617366
FAX: 84.8- 62617365

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: CHICAGO, IL
6. Ocean Vessel Voy. No.: OOCL TAIPEI 022W
7. Port of Loading: LONG BEACH,CA
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: BA RIA-VUNG TAU(CM-TV)
9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| ITN NO.: X20180223938037 | 169 PIECES | 5X40HQ CONTAINERS SLAC PLASTIC SCRAP | 93315.000KGS | 200.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

| Container / Seal No. | | Packages | | Weight |
|---|---|---|---|---|
| BSIU9513763 /1265508 | / | 31 PIECES | /FCL / FCL | /40HQ/18,387.000KG |
| CCLU7381410 /1265509 | / | 32 PIECES | /FCL / FCL | /40HQ/19,032.000KG |
| FCIU9581040 /168255 | / | 35 PIECES | /FCL / FCL | /40HQ/18,959.000KG |
| RFCU5008313 /168261 | / | 36 PIECES | /FCL / FCL | /40HQ/18,739.000KG |
| TCNU6582780 /1746776 | / | 35 PIECES | /FCL / FCL | /40HQ/18,198.000KG |

Declared Cargo Value US$:
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)
10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY FIVE CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 5/40HQ | USD | 4,750.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 5/40HQ | USD | 60.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 4,895.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 6 MAR 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 8 MAR 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

**COPY**

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.
Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

**1. Shipper** (Insert Name Address and Phone/Fax)
OCEANLINE LOGISTCS
AS AGENT FOR JOY VICTORY CORP.
630 W DUARTE ROAD SUITE 205
ARCADIA, CA 91007

Booking No.: 8015619680
Bill of Lading No.: COSU8015619689
Export References: LAN18130 OE1729038-2

**2. Consignee** (Insert Name Address and Phone/Fax)
PHUONG MAI INDUSTRY ENVIRONMENT
COMPANY LIMITED
NGUYEN DUC CANH STREET,
KINH BAC WARD, BAC NINH CITY,
BAC NINH PROVINCE, VIET NAM

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

**3. Notify Party** (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CONSIGNEE
CONTACT PERSON: LE THANH
LAM: 0965156568 /
SAGIMEXLTL@GMAIL.COM

Also Notify Party-routing & Instructions:

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: CHICAGO, IL
6. Ocean Vessel Voy. No.: OOCL GENOA 021W
7. Port of Loading: LONG BEACH,CA
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: HO CHI MINH CAT LAI,+
9. Combined Transport* Place of Delivery: HO CHI MINH CAT LAI,+
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| ITN# X20180119907562 | 40 BOXES | 1X40'HQ CNTR SLAC: PLASTIC SCRAP | 17660.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD STOW AND COUNT
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

FCIU8587738 /7258955 / 40 BOXES /FCL / FCL /40HQ/17,660.000KG

Declared Cargo Value US$:
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)
10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 1/40HQ | USD | 950.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 1,047.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 29 JAN 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 30 JAN 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

**COPY**

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.
Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

**1. Shipper** (Insert Name Address and Phone/Fax)
OCEAN LINE LOGISTICS,INC AS AGENTS
FOR JOY VICTORY CORP.630 W DUARTE
ROAD SUITE 205 ARCADIA, CA 91007
TEL : 626-574-8808
FAX : 626-226-4065

Booking No.: 8015655850
Bill of Lading No.: COSU8015655850
Export References: LAN18130 OE1829687-1

**2. Consignee** (Insert Name Address and Phone/Fax)
CONG TY TNHH MTV HUONG QUYNH CAM
HUNG THON DONG QUAN, XA CAM HUNG,
HUYEN CAM GIANG, TINH HAI DUONG
CONTACT NAME: OWEN
EMAIL: HAIBANGPLASTIC@GMAIL.COM

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

**3. Notify Party** (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CONSIGNEE

Also Notify Party-routing & Instructions:

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: CHICAGO
6. Ocean Vessel Voy. No.: OOCL HO CHI MINH CITY 022W
7. Port of Loading: LONG BEACH,CA
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: BA RIA-VUNG TAU(CM-TV)
9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| X20180323598626 | 30 BALES | 1X40'CONTAINER SLAC PLASTIC SCRAP | 17241.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

FSCU8737631 /000640 / 30 BALES /FCL / FCL /40HQ/17,241.000KG

Declared Cargo Value US$:
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)
10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 1/40HQ | USD | 950.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD | 1.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 998.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 1 APR 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 1 APR 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

COPY

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper Insert Name Address and Phone/Fax
OCEANLINE LOGISTCS
AS AGENT FOR AR RECYCLING LLC
630 W DUARTE ROAD SUITE 205
ARCADIA, CA 91007

Booking No. 8015655870
Bill of Lading No. COSU8015655870
Export References
LAN18130
OE1829896

2. Consignee Insert Name Address and Phone/Fax
PHUONG MAI INDUSTRIAL ENVIRONMENT
COMPANY LIMITED
ADD: NGUYEN DUC CANH STREET, KINH
BAC WARD BAC NINH PROVINCE
TEL: 0917719413 >

Forwarding Agent and References FMC/CHB No.

Point and Country of Origin

3. Notify Party Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
PHUONG MAI INDUSTRIAL ENVIRONMENT
COMPANY LIMITED
ADD: NGUYEN DUC CANH STREET, KINH
BAC WARD BAC NINH PROVINCE
TEL: 0917719413 >

Also Notify Party-routing & Instructions
> FAX: 028 37185914
EMAIL: HAIBANGPLASTIC@GMAIL.COM

4. Combined Transport* Pre-Carriage by

5. Combined Transport* Place of Receipt: CHICAGO, IL

6. Ocean Vessel Voy. No.: APL FULLERTON 294TXW

7. Port of Loading: LOS ANGELES,CA

Service Contract No.: LAN18130

DOC Form No.

8. Port of Discharge: HO CHI MINH,VIETNAM

9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)

Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES ITN: X20180405302208 | 51 BALES | 2X40' CONTAINER SLAC PLASTIC SCRAP | 42030.000KGS | 80.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

CXDU1310249 /70683006 / 25 BALES /FCL / FCL /40HQ/21,437.000KG
TCNU5552899 /70683114 / 26 BALES /FCL / FCL /40HQ/20,593.000KG

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 2/40HQ | USD 1,900.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD 24.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD 1.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 1,960.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board 12 APR 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC.
, AS AGENT

9805 Date of Issue 12 APR 2018 Place of Issue LOS ANGELES

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

COPY

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper Insert Name Address and Phone/Fax
OCEAN LINE LOGISTICS, INC
AS AGENT FOR JOY VICTORY CORP.
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No. 8015657090
Bill of Lading No. COSU8015657090
Export References
LAN18130
OE1729527

2. Consignee Insert Name Address and Phone/Fax
CONG TY TNHH MTV HUONG QUYNH CAM
HUNG
THON DONG QUAN, XA CAM HUNG, HUYEN
CAM GIANG, TINH HAI DUONG
CONTACT NAME: OWEN >

Forwarding Agent and References FMC/CHB No.

Point and Country of Origin

3. Notify Party Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CONSIGNEE

Also Notify Party-routing & Instructions
> EMAIL: HAIBANGPLASTIC@GMAIL.COM

4. Combined Transport* Pre-Carriage by

5. Combined Transport* Place of Receipt: CHICAGO, IL

6. Ocean Vessel Voy. No.: OOCL MIAMI 044W

7. Port of Loading: LONG BEACH,CA

Service Contract No.: LAN18130

DOC Form No.

8. Port of Discharge: BA RIA-VUNG TAU(CM-TV)

9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)

Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES ITN: X20180309779669 | 60 BALES | 2X40' CONTAINER SLAC PLASTIC SCRAP | 35452.000KGS | 80.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

CSNU6422106 /70564295 / 30 BALES /FCL / FCL /40HQ/21,157.000KG
TGHU6648981 /7258930 / 30 BALES /FCL / FCL /40HQ/14,295.000KG

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 2/40HQ | USD 1,900.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD 24.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD 1.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 1,925.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board 16 MAR 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC.
, AS AGENT

9805 Date of Issue 16 MAR 2018 Place of Issue LOS ANGELES

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

COPY

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper Insert Name Address and Phone/Fax
OCEAN LINE LOGISTICS AS AGENT FOR
JOY VICTORY CORP.
630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No. 8015657390
Bill of Lading No. COSU8015657399
Export References
LAN18130
OE1729444-1

2. Consignee Insert Name Address and Phone/Fax
TRONG KHANG INTERNATIONAL
COMMERCIAL TRANSPORT COMPANY
LIMITED 107/55 QUANG TRUNG STR.,
WARD 10,GO VAP DIST. HOCHIMINH CITY
VIET NAM TEL:84-8-62617366 +

Forwarding Agent and References FMC/CHB No.

Point and Country of Origin

3. Notify Party Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CONSIGNEE
+ FAX:84-8-62617365

Also Notify Party-routing & Instructions

4. Combined Transport* Pre-Carriage by

5. Combined Transport* Place of Receipt: CHICAGO

6. Ocean Vessel Voy. No.: OOCL GENOA 022W

7. Port of Loading: LONG BEACH

Service Contract No.: LAN18130

DOC Form No.

8. Port of Discharge: HO CHI MINH (CAT LAI)

9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)

Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES# X20180301276359 | 30 BALES | 1X40HQ CONTAINER SLAC: PLASTIC SCRAP | 17248.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.
THE SHIPPER CERTIFIES THAT THIS CONTAINER CONTAINS NO USED
LOW DENSITY POLYETHYLENE

UETU5467957 /7258921 / 30 BALES /FCL / FCL /40HQ/17,248.000KG

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 1/40HQ | USD 950.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD 12.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD 1.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 963.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board 11 MAR 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC.
, AS AGENT

9805 Date of Issue 14 MAR 2018 Place of Issue LOS ANGELES

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COPY

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper Insert Name Address and Phone/Fax
OCEAN LINE LOGISTICS, INC AS AGENT
FOR
BC PACIFIC
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No. 8015681690
Bill of Lading No. COSU8015681690
Export References
LAN18130
OE1829645

2. Consignee Insert Name Address and Phone/Fax
VIET NHAT PRODUCTION TRADING
SERVICES IMPORT EXPORT PLASTIC
COMPANY LIMITED.
HAMLET 5. DUC HOA DONG COMMUNE. DUC
HOA DISTRICT. LONG AN PROVINCE.**

Forwarding Agent and References

Point and Country of Origin

3. Notify Party Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
THIEN GIA AN TRADING SERVICES
IMPORT EXPORT COMPANY LIMITED
HAMLET 5 DUC HOA DONG COMMUNE, DUC
HOA DISTRICT, LONG AN PROVINCE
VIETNAM*

Also Notify Party-routing & Instructions
*+84-902-639-839
TGAPLASTIC@GMAIL.COM
**VIETNAM.
IMPORT LICENSE NUMBER: 74/GXN-BTNMT
TAX CODE: 1101720334
BANK DEPOSIT NUMBER
270219.KQ/OCB-NVN . DATE:
11/10/2018 AT OCB BANK

4. Combined Transport* Pre-Carriage by

5. Combined Transport* Place of Receipt: INDIANAPOLIS

6. Ocean Vessel Voy. No.: CSCL BOHAI SEA 015W

7. Port of Loading: PRINCE RUPERT

Service Contract No.: LAN18130

Commodity Code

8. Port of Discharge: HO CHI MINH

9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)

Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 41 BALES | PLASTIC SCRAP 1 UNIT "FREIGHT PREPAID " HS CODE 39159000 | 20033.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180302376894
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

CSLU6144409 /UL-1716034 / 41 BALES /FCL / FCL /40HQ/20,033.000KG

| FREIGHT & CHARGRATE | PER | AMOUNT | PREPAID | COLLECT |
|---|---|---|---|---|
| LAN18130 1400.00 | 1/40HQ | USD 1,400.00 | PPD | LOS ANGELES |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board 2 APR 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC.
, AS AGENT

9805 Date of Issue 2 APR 2018 Place of Issue LOS ANGELES

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: CSCL BOHAI SEA   Voyage: 015W   B/L NO.: COSU8015681690   PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | | | | | Gross Weight | Measurement |
|---|---|---|---|---|---|---|---|---|
| BC CARBON TAX SURC | 9.00 | 1/40HQ | USD | 9.00 | PPD | | LOS ANGELES | |
| CARRIER SECURITY C | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES | |
| DEST DLVY CHARGE | 122.00 | 1/40HQ | USD | 122.00 | | COL | | |
| ORIGIN DOC FEE | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES | |
| DEST. DOC FEE | 660000. | 1.000 | VND | 660,000 | | COL | | |
| TELEX RELEASE | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES | |
| BL AMENDMENT FEE | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES | |
| BL AMENDMENT FEE | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES | |
| TOTAL | | | USD | 1,606.00 | PPD | | | |
| TOTAL | | | USD | 122.00 | | COL | | |
| TOTAL | | | VND | 660,000 | | COL | | |

**COPY**

中远海运集装箱运输有限公司
**COSCO SHIPPING LINES CO., LTD.**

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax):
OCEANLINE LOGISTCS AS AGENT FOR HC
INTERNATIONAL ENTERPRISE
INC
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8015682840
Bill of Lading No.: COSU8015682840
Export References: LAN18130 OE1830091

2. Consignee (Insert Name Address and Phone/Fax):
LIEN MINH IMPORT EXPORT SERVICE AND
TRADE CO., LTD BRANCH AT BAC GIANG
PROVINCE
ADD : FACTORY C4+C5,QUANG CHAU
INDUSTRIAL PARK, VIET YEN *

Forwarding Agent and References FMC/CHB No.:
Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify):
LIEN MINH IMPORT EXPORT SERVICE AND
TRADE CO., LTD BRANCH AT BAC GIANG
PROVINCE
ADD : FACTORY C4+C5,QUANG CHAU
INDUSTRIAL PARK, VIET YEN *

Also Notify Party-routing & Instructions:
* DISTRICT, BAC GIANG PROVINCE
TEL/FAX:+84 2253 250552
EMAIL: BACGIANG@LIENMINH.VN

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: NEW YORK
6. Ocean Vessel Voy. No.: EVER LOYAL 0932W
7. Port of Loading: NEW YORK
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: HAI PHONG
9. Combined Transport* Place of Delivery: HAI PHONG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| N/M | 105 BALES | USED PE FILM | 67831.000KGS | 120.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180412717838
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

CSNU6439583 /13647652 / 35 BALES /FCL / FCL /40HQ/22,090.000KG
DFSU6933835 /13647654 / 35 BALES /FCL / FCL /40HQ/23,043.000KG
TRLU6945423 /13647661 / 35 BALES /FCL / FCL /40HQ/22,698.000KG

| FREIGHT & CHARGRATE | PER | AMOUNT | | PREPAID | COLLECT |
|---|---|---|---|---|---|
| BL AMENDMENT FEE | 50.00 | 1.000 | USD | 50.00 | COL |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY THREE CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 18 APR 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 18 APR 2018 Place of Issue LOS ANGELES
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: EVER LOYAL   Voyage: 0932W   B/L NO.: COSU8015682840   PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | | | | | Gross Weight | Measurement |
|---|---|---|---|---|---|---|---|---|
| CARRIER SECURITY C | 12.00 | 3/40HQ | USD | 36.00 | PPD | | LOS ANGELES | |
| DEST. DOC FEE | 660000. | 1.000 | VND | 660,000 | | COL | | |
| DEST DLVY CHARGE | 122.00 | 3/40HQ | USD | 366.00 | | COL | | |
| DEMURRAGE+DETENTIO | 1350.00 | 3/40HQ | USD | 4,050.00 | | COL | | |
| ORIGIN DOC FEE | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES | |
| LOW SULFUR SURCHAR | 25.00 | 3/40HQ | USD | 75.00 | PPD | | LOS ANGELES | |
| LAN18130 | 600.00 | 3/40HQ | USD | 1,800.00 | PPD | | LOS ANGELES | |
| TELEX RELEASE | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES | |
| TOTAL | | | USD | 4,466.00 | | COL | | |
| TOTAL | | | USD | 1,996.00 | PPD | | | |
| TOTAL | | | VND | 660,000 | | COL | | |

**COPY**

中远海运集装箱运输有限公司
**COSCO SHIPPING LINES CO., LTD.**

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax):
OCEANLINE LOGISTCS AS AGENT FOR HC
INTERNATIONAL INDUSTRY INC
630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8015695790
Bill of Lading No.: COSU8015695790
Export References: LAN17997 OE1829937

2. Consignee (Insert Name Address and Phone/Fax):
VINH THANH CORPORATION
PHO NOI GARMET INDUSTRIAL ,
NGHIA HIEP COMMUNE , YEN MY DIST ,
HUNG YEN PROVINCE, VIET NAM
TEL: 031.3737488 *

Forwarding Agent and References FMC/CHB No.:
Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify):
VINH THANH CORPORATION
PHO NOI GARMET INDUSTRIAL ,
NGHIA HIEP COMMUNE , YEN MY DIST ,
HUNG YEN PROVINCE, VIET NAM
TEL: 031.3737488 *

Also Notify Party-routing & Instructions:
*EMAIL: CEASAR.HP@GMAIL.COM;
YENDH@VINHTHANHCORP.COM.VN
CONTACT: BAI LB

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: NEW YORK
6. Ocean Vessel Voy. No.: OOCL BERLIN 022W
7. Port of Loading: NEW YORK
Service Contract No.: LAN17997
DOC Form No.:
8. Port of Discharge: HAI PHONG
9. Combined Transport* Place of Delivery: HAI PHONG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| N/M | 35 BALES | USED WOVEN JUMBO BAG | 16783.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180404222223
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

FCIU9475753 /2822610 / 35 BALES /FCL / FCL /40HQ/16,783.000KG

Declared Cargo Value US$
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN17997 | | 650.00 | 1/40HQ | USD | 650.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 122.00 | 1/40HQ | USD | 122.00 | | COL | |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 660000. | 1.000 | VND | 660,000 | | COL | |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| DEMURRAGE+DETENTIO | | 1100.00 | 1/40HQ | USD | 1,100.00 | | COL | |
| TOTAL | | | | USD | 747.00 | PPD | | |
| TOTAL | | | | USD | 1,222.00 | | COL | |
| TOTAL | | | | VND | 660,000 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 11 APR 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 11 APR 2018 Place of Issue LOS ANGELES
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COPY

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper Insert Name Address and Phone/Fax
OCEAN LINE LOGISTICS, INC AS AGENT FOR
SANTRADE PLASTICS GROUP INC
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No. 8015750240
Bill of Lading No. COSU8015750240
Export References: LAN18130 OE1830336

2. Consignee Insert Name Address and Phone/Fax
KALICO COMPANY LIMITED
ADD: 106 BUI THI TU NHIEN ,DONG HAI
1 WARD , HAI AN DISTRICT, HAI PHONG
CITY, VIET NAM. TEL : 0986855855
EMAIL: KALICO.HP@GMAIL.COM

Forwarding Agent and References FMC/CHB No.

Point and Country of Origin

3. Notify Party Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
KALICO COMPANY LIMITED
ADD: 106 BUI THI TU NHIEN ,DONG HAI
1 WARD , HAI AN DISTRICT, HAI PHONG
CITY, VIET NAM. TEL : 0986855855
EMAIL: KALICO.HP@GMAIL.COM

Also Notify Party-routing & Instructions

4. Combined Transport* Pre-Carriage by
5. Combined Transport* Place of Receipt
6. Ocean Vessel Voy. No.: COSCO VENICE 028W
7. Port of Loading: HOUSTON, TX
Service Contract No.: LAN18130
DOC Form No.
8. Port of Discharge: HAI PHONG
9. Combined Transport* Place of Delivery: HAI PHONG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 30 BALES | USED WOVEN JUMBO BAG | 19260.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180501783289
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CCLU6598761 /F0854875 / 30 BALES /FCL / FCL /40HQ/19,260.000KG

| FREIGHT & CHARGRATE | PER | AMOUNT | | PREPAID | COLLECT |
|---|---|---|---|---|---|
| BL AMENDMENT FEE | 50.00 | 1.000 | USD | 50.00 PPD | LOS ANGELES |
| CARRIER SECURITY C | 12.00 | 1/40HQ | USD | 12.00 PPD | LOS ANGELES |
| DEST CHANGE | 300.00 | 1.000 | USD | 300.00 PPD | LOS ANGELES |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)
10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board 5 MAY 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC.
, AS AGENT

9805 Date of Issue 5 MAY 2018 Place of Issue LOS ANGELES
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COPY

Vessel: COSCO VENICE Voyage: 028W B/L NO.: COSU8015750240 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | | | | | Gross Weight | Measurement |
|---|---|---|---|---|---|---|---|---|
| DEST. DOC FEE | 660000. | 1.000 | VND | 660,000 | | COL | | |
| DEST DLVY CHARGE | 122.00 | 1/40HQ | USD | 122.00 | | COL | | |
| ORIGIN DOC FEE | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES | |
| LAN18130 | 950.00 | 1/40HQ | USD | 950.00 | PPD | | LOS ANGELES | |
| PORT SEC. LOAD | 3.25 | 1/40HQ | USD | 3.25 | PPD | | LOS ANGELES | |
| TELEX RELEASE | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES | |
| TOTAL | | | USD | 1,400.25 | PPD | | | |
| TOTAL | | | VND | 660,000 | | COL | | |
| TOTAL | | | USD | 122.00 | | COL | | |

COPY

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper Insert Name Address and Phone/Fax
OCEANLINE LOGISTCS AS AGENT FOR
HC INTERNATIONAL ENTERPRISE INC.
630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No. 8015750270
Bill of Lading No. COSU8015750270
Export References: LAN18130 OE1830606

2. Consignee Insert Name Address and Phone/Fax
LIEN MINH IMPORT EXPORT SERVICE AND
TRADE CO., LTD BRANCH AT BAC GIANG
PROVINCE
ADD : FACTORY C4+C5,QUANG CHAU
INDUSTRIAL PARK, VIET YEN *

Forwarding Agent and References FMC/CHB No.

Point and Country of Origin

3. Notify Party Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
LIEN MINH IMPORT EXPORT SERVICE AND
TRADE CO., LTD BRANCH AT BAC GIANG
PROVINCE
ADD : FACTORY C4+C5,QUANG CHAU
INDUSTRIAL PARK, VIET YEN *

Also Notify Party-routing & Instructions
* DISTRICT, BAC GIANG PROVINCE
TEL/FAX:+84 2253 250552
EMAIL: BACGIANG@LIENMINH.VN

4. Combined Transport* Pre-Carriage by
5. Combined Transport* Place of Receipt
6. Ocean Vessel Voy. No.: COSCO BOSTON 151W
7. Port of Loading: HOUSTON, TX
Service Contract No.: LAN18130
DOC Form No.
8. Port of Discharge: HAI PHONG, VIETNAM
9. Combined Transport* Place of Delivery
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 99 BALES | USED PE FILM | 58087.000KGS | 120.0000CBM |

OCEAN FREIGHT PREPAID
ITN X20180517745745
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CSNU6177293 /2477256 / 33 BALES /FCL / FCL /40HQ/19,677.000KG
FCIU9986882 /2477271 / 33 BALES /FCL / FCL /40HQ/19,178.000KG
RFCU4075003 /2477241 / 33 BALES /FCL / FCL /40HQ/19,232.000KG

| FREIGHT & CHARGRATE | PER | AMOUNT | | PREPAID | COLLECT |
|---|---|---|---|---|---|
| BL AMENDMENT FEE | 50.00 | 1.000 | USD | 50.00 | COL |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)
10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY THREE CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board 21 MAY 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC.
, AS AGENT

9805 Date of Issue 21 MAY 2018 Place of Issue LOS ANGELES
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COPY

Vessel: COSCO BOSTON Voyage: 151W B/L NO.: COSU8015750270 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | | | | | Gross Weight | Measurement |
|---|---|---|---|---|---|---|---|---|
| CARRIER SECURITY C | 12.00 | 3/40HQ | USD | 36.00 | PPD | | LOS ANGELES | |
| DEST. DOC FEE | 660000. | 1.000 | VND | 660,000 | | COL | | |
| DEST DLVY CHARGE | 122.00 | 3/40HQ | USD | 366.00 | | COL | | |
| DEMURRAGE+DETENTIO | 1350.00 | 3/40HQ | USD | 4,050.00 | | COL | | |
| ORIGIN DOC FEE | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES | |
| LAN18130 | 950.00 | 3/40HQ | USD | 2,850.00 | PPD | | LOS ANGELES | |
| PORT SEC. LOAD | 3.25 | 3/40HQ | USD | 9.75 | PPD | | LOS ANGELES | |
| TELEX RELEASE | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES | |
| TOTAL | | | USD | 4,466.00 | | COL | | |
| TOTAL | | | USD | 2,980.75 | PPD | | | |
| TOTAL | | | VND | 660,000 | | COL | | |

COPY

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

Tel:+86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEANLINE LOGISTCS AS AGENT FOR
WYNSTREAM INC.
630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8015750330
Bill of Lading No.: COSU8015750330
Export References: LAN18130 OE1830397

2. Consignee (Insert Name Address and Phone/Fax)
VINH THANH CORPORATION
PHO NOI GARMET INDUSTRIAL, NGHIA
HIEP COMMUNE, YEN MY DIST, HUNG YEN
PROVINCE, VIETNAM
TEL: 031 3737488 *

Forwarding Agent and References FMC/CHB No.

Point and Country of Origin

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CONSIGNEE

Also Notify Party-routing & Instructions
* CELL: 016 72552686
EMIAL: CEASAR.HP@GMAIL.COM

4. Combined Transport* Pre-Carriage by

5. Combined Transport* Place of Receipt: DENVER

6. Ocean Vessel Voy. No.: APL ESPLANADE 302TXW

7. Port of Loading: OAKLAND

Service Contract No.: LAN18130

DOC Form No.

8. Port of Discharge: HAI PHONG

9. Combined Transport* Place of Delivery: HAI PHONG

Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 38 BALES | USED WOVEN JUMBO BAG DTHC PREPAID | 14824.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180508180858
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

CBHU8802299 /026338 / 38 BALES /FCL / FCL /40HQ/14,824.000KG

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 1450.00 | 1/40HQ | USD 1,450.00 | PPD | | |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD 12.00 | PPD | | |
| DEST DLVY CHARGE | | 122.00 | 1/40HQ | USD 122.00 | PPD | | |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | |
| DEST. DOC FEE | | 660000. | 1.000 | VND 660,000 | | COL | |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | |
| DEMURRAGE+DETENTIO | | 1100.00 | 1/40HQ | USD 1,100.00 | | COL | |
| TOTAL | | | | USD 1,669.00 | PPD | | |
| TOTAL | | | | VND 660,000 | | COL | |
| TOTAL | | | | USD 1,100.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 12 MAY 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 12 MAY 2018 Place of Issue LOS ANGELES

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COPY

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

Tel:+86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEANLINE LOGISTCS AS AGENT FOR
TEXCO INTERNATIONAL LLC
630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8015779201
Bill of Lading No.: COSU8015779201
Export References: LAN18130 OE1830728

2. Consignee (Insert Name Address and Phone/Fax)
LIEN MINH IMPORT EXPORT SERVICE AND
TRADE CO. LTD
ADD: 41/132 AN DA, DANG GIANG, NGO
QUYEN, HAI PHONG
VIETNAM TEL/FAX: +84 2253 250 552 >

Forwarding Agent and References FMC/CHB No.

Point and Country of Origin

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS COSIGNEE

Also Notify Party-routing & Instructions
> EMAIL:INFO@LIENMINH.VN
TAX NO.0201199339
IMPORT LICENSE NUMBER:10/GXN-BTNMT.

4. Combined Transport* Pre-Carriage by

5. Combined Transport* Place of Receipt: DALLAS, TX

6. Ocean Vessel Voy. No.: COSCO BELGIUM 030W

7. Port of Loading: LONG BEACH, CA

Service Contract No.: LAN18130

DOC Form No.

8. Port of Discharge: HAI PHONG, VIETNAM

9. Combined Transport* Place of Delivery: HAI PHONG, VIETNAM

Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| X20180524141865 | 58 BALES | 1X40' CONTAINER SLAC PLASTIC SCRAP TAX CODE: 0201199339 IMPORT LICENSE NUMBER:10/GXN-BTNMT HS CODE: 3915 DEPOSIT NUMBER: 261101/2018/EIB-HP | 20114.300KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 1050.00 | 1/40HQ | USD 1,050.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD 12.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD 1.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 122.00 | 1/40HQ | USD 122.00 | | COL | |
| DEST. DOC FEE | | 660000. | 1.000 | VND 660,000 | | COL | |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | LOS ANGELES |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| ADDITIONAL CHARGES | | 5377.00 | 1.000 | USD 5,377.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 6,525.00 | PPD | | |
| TOTAL | | | | USD 122.00 | | COL | |
| TOTAL | | | | VND 660,000 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 16 JUN 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 16 JUN 2018 Place of Issue LOS ANGELES

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COPY

Vessel: COSCO BELGIUM Voyage: 030W B/L NO.: COSU8015779201 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| MAGU5591472 /19139141 / | | 58 BALES /FCL / FCL /40HQ/20,114.300KG | | |

---

COPY

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEANLINE LOGISTCS AS AGENT FOR GDB
GROUP INC.,
630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8015786600
Bill of Lading No.: COSU8015786600
Export References: LAN18130

2. Consignee (Insert Name Address and Phone/Fax)
HONG KONG HUAMEI PLASTIC LIMITED
FLAT B 1/F 55-57 SAN FUN AVENUE
SHEUNG SHUI NT. HK
EMAIL: ROYSZE8888@GMAIL.COM

Forwarding Agent and References

Point and Country of Origin

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CONSIGNEE
TEL: +852-2146-2668
FAX: +852-2445-1918

Also Notify Party-routing & Instructions

4. Combined Transport* Pre-Carriage by

5. Combined Transport* Place of Receipt: CINCINNATI, OH

6. Ocean Vessel Voy. No.: COCL MIAMI 046W

7. Port of Loading: LONG BEACH, CA

Service Contract No.: LAN18130

Commodity Code

8. Port of Discharge: HONG KONG

9. Combined Transport* Place of Delivery: HONG KONG

Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES ITN: X20180523052288 | 35 BALES | 1 X 40' HQ CONTAINER SLAC: PLASTIC SCRAP GW: 20076KGS | 20076KGS | 40CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.
FREIGHT PREPAID

SEGU4431962 /0593659 / 35 BALES /FCL / FCL /40HQ/20,076.000KG

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 1450.00 | 1/40HQ | USD 1,450.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD 12.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD 1.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 2750.00 | 1/40HQ | HKD 2,750.00 | | COL | |
| DEST. DOC FEE | | 500.00 | 1.000 | HKD 500.00 | | COL | |
| ADDITIONAL CHARGES | | 2500.00 | 1.000 | USD 2,500.00 | PPD | | LOS ANGELES |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 4,048.00 | PPD | | |
| TOTAL | | | | HKD 3,250.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 10 JUN 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 10 JUN 2018 Place of Issue LOS ANGELES

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COPY

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| Field | Content |
|---|---|
| 1. Shipper (Insert Name Address and Phone/Fax) | OCEAN LINE LOGISTICS, INC AS AGENT FOR SANTRADE PLASTICS GROUP INC 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007 |
| Booking No. | 8015788990 |
| Bill of Lading No. | COSU8015788990 |
| Export References | LAN18130 OE1830650 |
| 2. Consignee (Insert Name Address and Phone/Fax) | AW PLASTIC CO., LIMITED UNIT A 3 14/F, PHASE 1, YIP FAT IND BLDG., 77 HOI YUEN ROAD, KWUN TONG, KOWLOON, HK TEL: (852)-2316 2868 > |
| Forwarding Agent and References | |
| Point and Country of Origin | |
| 3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | AW PLASTIC CO., LIMITED UNIT A 3 14/F, PHASE 1, YIP FAT IND BLDG., 77 HOI YUEN ROAD, KWUN TONG, KOWLOON, HK TEL: (852)-2316 2868 > |
| Also Notify Party-routing & Instructions | > FAX: (852)-2316 2882 |
| 4. Combined Transport* Pre-Carriage by | |
| 5. Combined Transport* Place of Receipt | CHICAGO, IL |
| 6. Ocean Vessel Voy. No. | OOCL TAIPEI 025W |
| 7. Port of Loading | LONG BEACH, CA |
| Service Contract No. | LAN18130 |
| Commodity Code | |
| 8. Port of Discharge | HONG KONG,HONG KONG |
| 9. Combined Transport* Place of Delivery | HONG KONG |
| Type of Movement | FCL / FCL CY-CY |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| ITN# X20180523071621 | 60 BALES | 2X40'HQ CNTR SLAC: PLASTIC SCRAP | 38240.000KGS | 80.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD STOW AND COUNT
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CBHU8254282 /UL-923924 / 30 BALES /FCL / FCL /40HQ/21,240.000KG
TCNU9614520 /UL-923914 / 30 BALES /FCL / FCL /40HQ/17,000.000KG

Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 2/40HQ | USD | 1,900.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD | 24.00 | PPD | | LOS ANGELES |
| LOW SULFUR SURCHAR | | 23.00 | 2/40HQ | USD | 46.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD | 1.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 2750.00 | 2/40HQ | HKD | 5,500.00 | | COL | |
| DEST. DOC FEE | | 500.00 | 1.000 | HKD | 500.00 | | COL | |
| TOTAL | | | | USD | 2,006.00 | PPD | | |
| TOTAL | | | | HKD | 6,000.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board 9 JUL 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 9 JUL 2018 Place of Issue LOS ANGELES Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COPY

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| Field | Content |
|---|---|
| 1. Shipper (Insert Name Address and Phone/Fax) | OCEANLINE LOGISTCS AS AGENT FOR AR RECYCLING LLC 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007 |
| Booking No. | 8015789520 |
| Bill of Lading No. | COSU8015789520 |
| Export References | LAN18130 OE1830558 |
| 2. Consignee (Insert Name Address and Phone/Fax) | DONG DUONG TRADING & INDUSTRIAL JOINT STOCK COMPANY ADD: SO 21 KHU VUC TT BUU DIEN DOC LA, XA YEN THUONG, HUYEN GIA LAM, TP. HA NOI, VIET NAM > |
| Forwarding Agent and References | |
| Point and Country of Origin | |
| 3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | DONG DUONG TRADING & INDUSTRIAL JOINT STOCK COMPANY ADD: SO 21 KHU VUC TT BUU DIEN DOC LA, XA YEN THUONG, HUYEN GIA LAM, TP. HA NOI, VIET NAM > |
| Also Notify Party-routing & Instructions | > CONTACT: MR.HOANG TEL 0908283811 MAIL. THANHHOANGC@GMAIL.COM |
| 4. Combined Transport* Pre-Carriage by | |
| 5. Combined Transport* Place of Receipt | CINCINNATI |
| 6. Ocean Vessel Voy. No. | OOCL HO CHI MINH CITY 024W |
| 7. Port of Loading | LONG BEACH, CA |
| Service Contract No. | LAN18130 |
| Commodity Code | |
| 8. Port of Discharge | HONG KONG |
| 9. Combined Transport* Place of Delivery | HAI PHONG |
| Type of Movement | FCL / FCL CY-CY |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES ITN: X20180523051761 CONTAINER # DFSU7337091 SEAL # 0593660 | 35 BALES | 1X40' HQ CONTAINER SLAC USED JUMBO BAGS | 18797.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

DFSU7337091 /0593660 / 35 BALES /FCL / FCL /40HQ/18,797.000KG

Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 1185.00 | 1/40HQ | USD | 1,185.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 122.00 | 1/40HQ | USD | 122.00 | | COL | |
| DEST. DOC FEE | | 660000. | 1.000 | VND | 660,000 | | COL | |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD | 1.00 | PPD | | LOS ANGELES |
| ADDITIONAL CHARGES | | 6174.00 | 1.000 | USD | 6,174.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 7,372.00 | PPD | | |
| TOTAL | | | | USD | 122.00 | | COL | |
| TOTAL | | | | VND | 660,000 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board 24 JUN 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 24 JUN 2018 Place of Issue LOS ANGELES Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

COPY

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| Field | Content |
|---|---|
| 1. Shipper (Insert Name Address and Phone/Fax) | OCEANLINE LOGISTCS AS AGENT FOR AR RECYCLING LLC 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007 |
| Booking No. | 8015789520 |
| Bill of Lading No. | COSU8015789520 |
| Export References | LAN18130 OE1830558 |
| 2. Consignee (Insert Name Address and Phone/Fax) | DONG DUONG TRADING & INDUSTRIAL JOINT STOCK COMPANY ADD: SO 21 KHU VUC TT BUU DIEN DOC LA, XA YEN THUONG, HUYEN GIA LAM, TP. HA NOI, VIET NAM > |
| Forwarding Agent and References FMC/CHB No. | |
| Point and Country of Origin | |
| 3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | DONG DUONG TRADING & INDUSTRIAL JOINT STOCK COMPANY ADD: SO 21 KHU VUC TT BUU DIEN DOC LA, XA YEN THUONG, HUYEN GIA LAM, TP. HA NOI, VIET NAM > |
| Also Notify Party-routing & Instructions | > CONTACT: MR.HOANG TEL 0908283811 MAIL. THANHHOANGC@GMAIL.COM |
| 4. Combined Transport* Pre-Carriage by | |
| 5. Combined Transport* Place of Receipt | CINCINNATI |
| 6. Ocean Vessel Voy. No. | OOCL HO CHI MINH CITY 024W |
| 7. Port of Loading | LONG BEACH, CA |
| Service Contract No. | LAN18130 |
| DOC Form No. | |
| 8. Port of Discharge | HONG KONG |
| 9. Combined Transport* Place of Delivery | HAI PHONG |
| Type of Movement | FCL / FCL CY-CY |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES ITN: X20180523051761 CONTAINER # DFSU7337091 SEAL # 0593660 | 35 BALES | 1X40' HQ CONTAINER SLAC USED JUMBO BAGS | 18797.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

DFSU7337091 /0593660 / 35 BALES /FCL / FCL /40HQ/18,797.000KG

Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 1185.00 | 1/40HQ | USD | 1,185.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD | 1.00 | PPD | | LOS ANGELES |
| ADDITIONAL CHARGES | | 6174.00 | 1.000 | USD | 6,174.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 7,372.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board 24 JUN 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 24 JUN 2018 Place of Issue LOS ANGELES Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COPY

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| Field | Content |
|---|---|
| 1. Shipper (Insert Name Address and Phone/Fax) | OCEANLINE LOGISTCS AS AGENT FOR TEXCO INTERNATIONAL LLC 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007 |
| Booking No. | 8015789730 |
| Bill of Lading No. | COSU8015789730 |
| Export References | OE1830596 LAN18130 |
| 2. Consignee (Insert Name Address and Phone/Fax) | LIEN MINH IMPORT EXPORT SERVICE AND TRADE CO. LTD 41/132 AN DA, DANG GIANG, NGO QUYEN, HAI PHONG VIETNAM TEL/FAX: +84 2253 250 552 > |
| Forwarding Agent and References | |
| Point and Country of Origin | |
| 3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | LIEN MINH IMPORT EXPORT SERVICE AND TRADE CO. LTD 41/132 AN DA, DANG GIANG, NGO QUYEN, HAI PHONG VIETNAM TEL/FAX: +84 2253 250 552 > |
| Also Notify Party-routing & Instructions | > EMAIL: INFO@LIENMINH.VN TAX NO.0201199339 IMPORT LICENSE NUMBER:10/GXN-BTNMT. |
| 4. Combined Transport* Pre-Carriage by | |
| 5. Combined Transport* Place of Receipt | DALLAS |
| 6. Ocean Vessel Voy. No. | OOCL MIAMI 046W |
| 7. Port of Loading | LONG BEACH |
| Service Contract No. | LAN18130 |
| Commodity Code | |
| 8. Port of Discharge | HAI PHONG |
| 9. Combined Transport* Place of Delivery | HAI PHONG |
| Type of Movement | FCL / FCL CY-CY |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| X20180517743793 | 55 BALES | 1X40' CONTAINER SLAC PLASTIC SCRAP TAX CODE:0201199339 IMPORT LICENSE NUMBER:10/GXN-BTNMT HS CODE:3915 DEPOSIT NUMBER: 261101/2018/EIB-HP | 20208.700KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ITN X20180517743793
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board 10 JUN 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 10 JUN 2018 Place of Issue LOS ANGELES Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: OOCL MIAMI  Voyage: 046W  B/L NO.: COSU8015789730  PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| CBHU8135072 /19139142 | / | 55 BALES /FCL / FCL | /40HQ/20,208.700KG | |

| FREIGHT & CHARGRATE | PER | | AMOUNT | PREPAID | COLLECT | |
|---|---|---|---|---|---|---|
| LAN18130 | 1050.00 | 1/40HQ | USD | 1,050.00 PPD | | LOS ANGELES |
| CARRIER SECURITY C | 12.00 | 1/40HQ | USD | 12.00 PPD | | LOS ANGELES |
| DEST DLVY CHARGE | 122.00 | 1/40HQ | USD | 122.00 | COL | |
| ELECTRONIC BOOKING | 1.00 | 1.000 | USD | 1.00 PPD | | LOS ANGELES |
| DEST. DOC FEE | 660000. | 1.000 | VND | 660,000 | COL | |
| TELEX RELEASE | 35.00 | 1.000 | USD | 35.00 PPD | | LOS ANGELES |
| ADMIN FEE | 100.00 | 1.000 | USD | 100.00 PPD | | LOS ANGELES |
| BL AMENDMENT FEE | 50.00 | 1.000 | USD | 50.00 PPD | | LOS ANGELES |
| ADDITIONAL CHARGES | 5541.00 | 1.000 | USD | 5,541.00 PPD | | LOS ANGELES |
| TOTAL | | | USD | 6,789.00 PPD | | |
| TOTAL | | | USD | 122.00 | COL | |
| TOTAL | | | VND | 660,000 | COL | |

**COPY**

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper Insert Name Address and Phone/Fax

OCEAN LINE LOGISTICS, INC AS AGENT
FOR HUNG YIP RESOURCE RECYCLING
LIMITED UNIT 9 ON 27/F, NEW TREND
CENTRE NO.704 PRINCE EDWARD ROAD
EAST SAN PO KONG,KOWLOON,HONG KONG*

Booking No.: 8015795672
Bill of Lading No.: COSU8015795670
Export References: OE1831100

2. Consignee Insert Name Address and Phone/Fax

UDA MATERIALS SDN BHD
NO 1157 SIMPANG TIGA JURU
14100 SIMPANG AMPAT, BUKIT MERTAM,
PENANG.
TEL: 04-5021718

Forwarding Agent and References

Point and Country of Origin

3. Notify Party Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)

UDA MATERIALS SDN BHD
NO 1157 SIMPANG TIGA JURU
14100 SIMPANG AMPAT, BUKIT MERTAM,
PENANG.
TEL: 04-5021718

Also Notify Party-routing & Instructions

4. Combined Transport* Pre-Carriage by

5. Combined Transport* Place of Receipt: LONG BEACH, CA

6. Ocean Vessel Voy. No.: KOTA PAHLAWAN 0006W

7. Port of Loading: LONG BEACH, CA

Service Contract No.: LAN17997

Commodity Code

8. Port of Discharge: PENANG

9. Combined Transport* Place of Delivery: PENANG

Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| CNTR NO/SEAL NO<br>TCNU5439136/<br>3945516 | 32<br>PACKAGES | 1X40'HQ CONTAINER SLAC<br><br>POLYPROPYLENE<br>32 PACKAGE<br>NET WEIGHT 30220 LB<br>"FREIGHT PREPAID "<br>"ORIGINAL"<br><br>CY/CY<br><br>ITN NO.: X20180628130250 | 13708.000KGS<br>30220.000LBS | 40.0000CBM<br>1412.584CFT |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD STOW COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN17997 | | 650.00 | 1/40HQ | USD | 650.00 | PPD | | |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD | 1.00 | PPD | | |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | |
| ADMIN FEE | | 100.00 | 1.000 | USD | 100.00 | PPD | | |
| DEST DLVY CHARGE | | 598.00 | 1/40HQ | MYR | 598.00 | | COL | |
| DEST. DOC FEE | | 160.00 | 1.000 | MYR | 160.00 | | COL | |
| ADDITIONAL CHARGES | | 1915.00 | 1.000 | USD | 1,915.00 | PPD | | |
| TOTAL | | | | USD | 2,763.00 | PPD | | |
| TOTAL | | | | MYR | 758.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board 8 JUL 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 8 JUL 2018 Place of Issue LOS ANGELES

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: KOTA PAHLAWAN  Voyage: 0006W  B/L NO.: COSU8015795670  PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| IS PROHIBITED. | | | | |
| TCNU5439136 /3945516 | / | 32 PACKAGES /FCL / FCL | /40HQ/13,708.000KG | |

**COPY**

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper Insert Name Address and Phone/Fax

OCEAN LINE LOGISTICS AS AGENT FOR
MAGIC FALCON LIMITED
RM 23, 15/F, THRIVING INDUSTRIAL
CENTRE, NO.26-38 SHA TSUI ROAD
TSUEN WAN

Booking No.: 8018749550
Bill of Lading No.: COSU8018749550
Export References: LAN18130 S91803021

2. Consignee Insert Name Address and Phone/Fax

THUY TU ONE MEMBER CO., LTD
NO. 17 STREET, SONG THAN 2
INDUSTRIAL ZONE DI AN TOWN, BINH
DUONG PROVINCE, VN TEL:
84.650.3794680 FAX: 84.650.3794682

Forwarding Agent and References FMC/CHB No.

Point and Country of Origin

3. Notify Party Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)

THUY TU ONE MEMBER CO., LTD
NO. 17 STREET, SONG THAN 2
INDUSTRIAL ZONE DI AN TOWN, BINH
DUONG PROVINCE, VN TEL:
84.650.3794680 FAX: 84.650.3794682

Also Notify Party-routing & Instructions

4. Combined Transport* Pre-Carriage by

5. Combined Transport* Place of Receipt: JACKSONVILLE

6. Ocean Vessel Voy. No.: SANTA VIOLA 0PG0GW1MA

7. Port of Loading: JACKSONVILLE

Service Contract No.: LAN18130

DOC Form No.

8. Port of Discharge: HO CHI MINH

9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)

Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 42<br>BALES | PLASTIC SCRAP | 14651.000KGS | 50.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180418061805
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

SEGU4216872 /7349753 / 42 BALES /FCL / FCL /40HQ/14,651.000KG

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| DEST DLVY CHARGE | | 122.00 | 1/40HQ | USD | 122.00 | PPD | | LOS ANGELES |
| LAN18130 | | 700.00 | 1/40HQ | USD | 700.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 30.00 | 1.000 | USD | 30.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| PORT SEC. LOAD | | 7.00 | 1/40HQ | USD | 7.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 1,006.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board 20 APR 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 20 APR 2018 Place of Issue LOS ANGELES

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

**COPY**

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax): OCEAN LINE LOGISTICS, INC AS AGENT FOR JOY VICTORY CORP. 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007

Booking No.: 8018780370
Bill of Lading No.: COSU8018780370
Export References: LAN18130 OE1829848

2. Consignee (Insert Name Address and Phone/Fax): CONG TY TNHH MTV HUONG QUYNH CAM HUNG THON DONG QUAN, XA CAM HUNG, HUYEN CAM GIANG, TINH HAI DUONG *

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify): SAME AS CONSIGNEE

Also Notify Party-routing & Instructions: *CONTACT NAME: OWEN EMAIL: HAIBANGPLASTIC@GMAIL.COM

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: NEW YORK
6. Ocean Vessel Voy. No.: CMA CGM TAGE 0TU06N1MA
7. Port of Loading: NEW YORK
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: HO CHI MINH
9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 30 BALES | PLASTIC SCRAP 30 BALES | 18603.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180328847149
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CCLU7476388 /2934738 / 30 BALES /FCL / FCL /40HQ/18,603.000KG

Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| DEST DLVY CHARGE | | 122.00 | 1/40HQ | USD 122.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 30.00 | 1.000 | USD 30.00 | PPD | | LOS ANGELES |
| LAN18130 | | 550.00 | 1/40HQ | USD 550.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD 12.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 764.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 5 APR 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 5 APR 2018 Place of Issue LOS ANGELES Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

**COPY**

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax): OCEANLINE LOGISTCS AS AGENT FOR S & Q TRADE LLC 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007

Booking No.: 8018791160
Bill of Lading No.: COSU8018791169
Export References: LAN18130 OE1830234

2. Consignee (Insert Name Address and Phone/Fax): TRONG KHANG INTERNATIONAL TRANSPORT COMMERCIAL COMPANY LIMITED . 107/55 QUANG TRUNG STR, WARD 10, GO VAP DIST, HOCHIMINH CITY VIET NAM**

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify): SAME AS CONSIGNEE EMAIL: QUYEN@TKTRANS.COM.VN

Also Notify Party-routing & Instructions: **TEL: 84.8-62617366 FAX: 84.8- 62617365

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: CHICAGO
6. Ocean Vessel Voy. No.: OOCL LONDON 056W
7. Port of Loading: LONG BEACH,CA
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: HO CHI MINH
9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES# X20180420223843 | 32 PIECES | 2X40'HQ CONTAINER SLAC PLASTIC SCRAP | 20200.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD,COUNT AND SEAL

TCNU7475723 /1265524 / 32 PIECES /FCL / FCL /40HQ/20,200.000KG

Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 1/40HQ | USD 950.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD 12.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 1,047.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 4 MAY 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 11 MAY 2018 Place of Issue HOUSTON Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

**COPY**

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax): OCEANLINE LOGISTCS AS AGENT FOR S & Q TRADE LLC 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007

Booking No.: 8018791170
Bill of Lading No.: COSU8018791170
Export References: LAN18130 OE1829964

2. Consignee (Insert Name Address and Phone/Fax): TRONG KHANG INTERNATIONAL TRANSPORT COMMERCIAL COMPANY LIMITED 107/55 QUANG TRUNG STR, WARD 10, GO VAP DIST,HOCHIMINH CITY VIET NAM TEL: 84.8-62617366 >

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify): SAME AS CONSIGNEE

Also Notify Party-routing & Instructions: > FAX: 84.8- 62617365 EMAIL: QUYEN@TKTRANS.COM.VN

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: CHICAGO,IL
6. Ocean Vessel Voy. No.: OOCL SOUTHAMPTON 074W
7. Port of Loading: LONG BEACH,CA
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: HO CHI MINH
9. Combined Transport* Place of Delivery: CAT LAI,HO CHI MINH
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES ITN: X20180413785846 | 133 PIECES | 4X40' CONTAINER SLAC PLASTIC SCRAP | 75491.000KGS | 160.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CCLU7396127 /1900131 / 34 PIECES /FCL / FCL /40HQ/18,997.000KG
CCLU7710840 /6653858 / 32 PIECES /FCL / FCL /40HQ/18,350.000KG
TCNU6023307 /1746950 / 36 PIECES /FCL / FCL /40HQ/19,468.000KG
TCNU6073102 /6653853 / 31 PIECES /FCL / FCL /40HQ/18,676.000KG

Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY FOUR CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 4/40HQ | USD 3,800.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 4/40HQ | USD 48.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 3,933.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 27 APR 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 27 APR 2018 Place of Issue HOUSTON Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

**COPY**

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax): OCEANLINE LOGISTCS INC AS AGENT FOR AMERICA PLASTIC TRADING INC 13942 E. VALLEY BLVD CITY OF INDUSTRY, CA 91746

Booking No.: 8018791171
Bill of Lading No.: COSU8018791171
Export References: LAN18130 OE1829963

2. Consignee (Insert Name Address and Phone/Fax): PHUONG MAI INDUSTRY ENVIRONMENT CO.,LTD ADDRESS: NO 220 NGUYEN DUC CANH STR, KINH BAC WARD BAC NINH CITY, BAC NINH PROVINCE, VIETNAM >

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify): SAME AS CONSIGNEE

Also Notify Party-routing & Instructions: > TEL: 0917474043

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: ST LOUIS,MO
6. Ocean Vessel Voy. No.: OOCL SOUTHAMPTON 074W
7. Port of Loading: LONG BEACH,CA
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: HO CHI MINH
9. Combined Transport* Place of Delivery: CAT LAI,HO CHI MINH
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| X20180412709530 CCLU7327342 | 36 UNITS | 2X40' CONTAINER SLAC PLASTIC SCRAP GW: 17391KGS NW: 16085KGS | 17391.000KGS | 40.0000CBM |
| CBHU9481995 | 36 UNITS | PLASTIC SCRAP GW: 18897KGS NW: 17333KGS REFERENCE: 18-BAYMTZ-04 | 18897.000KGS | 40.0000CBM |
| TOTAL: | 72 UNITS | | 36288.000KGS | 80.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 1400.00 | 2/40HQ | USD 2,800.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD 24.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 2,909.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 27 APR 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 27 APR 2018 Place of Issue HOUSTON Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: OOCL SOUTHAMPTON | Voyage: 074W | B/L NO.: COSU8018791171 | PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED. | | | | |
| CBHU9481995 /020078 | / | 36 UNITS /FCL / FCL | /40HQ/18,897.000KG | |
| CCLU7327342 /020166 | / | 36 UNITS /FCL / FCL | /40HQ/17,391.000KG | |

---

**COPY**

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

**1. Shipper** Insert Name Address and Phone/Fax
OCEANLINE LOGISTCS AS AGENT FOR
3 STONE INC.
630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8018797920
Bill of Lading No.: COSU8018797920
Export References: LAN18130

**2. Consignee** Insert Name Address and Phone/Fax
QUANTERM LOGISTICS VIET NAM
3RD FL., H2 BUILDING, 196 HOANG
DIEU STR.,WARD 08, DIST. 4, HO CHI
MINH CITY, VIET NAM
TEL: +84.28.3943.2000 EXT. 102*

Forwarding Agent and References:

Point and Country of Origin:

**3. Notify Party** Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
ALPHA GIANT LTD
3F., NO.98, DONGFU RD., EAST DIST.,
TAICHUNG CITY 401, TAIWAN (PR.O.C.)
TEL: +886911781367

Also Notify Party-routing & Instructions:
*FAX: +84.28.3943.3793
M:+84.909.590.848
EMAIL:IMPORT.HCM@QUANTERM.COM.VN

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: CHICAGO
6. Ocean Vessel Voy. No.: CMA CGM T. JEFFERSON 304TXW
7. Port of Loading: LOS ANGELES
Service Contract No.: LAN18130
Commodity Code:
8. Port of Discharge: BA RIA-VUNG TAU(CM-TV)
9. Combined Transport* Place of Delivery: BA RIA-VUNG TAU(CM-TV)
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 22 BALES | PVC SCRAPS REFERENCES: S91804024 | 18325.000KGS | 50.0000CBM |
| OCEAN FREIGHT PREPAID AES X20180503932884 SHIPPER'S LOAD,COUNT AND SEAL THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED. | | | | |
| CSLU6112130 /70564365 | / | 22 BALES /FCL / FCL | /40HQ/18,325.000KG | |

Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 1/40HQ | USD | 950.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 660000. | 1.000 | VND | 660,000 | | COL | |
| DEST DLVY CHARGE | | 122.00 | 1/40HQ | USD | 122.00 | | COL | |
| ADDITIONAL CHARGES | | 615.00 | 1.000 | USD | 615.00 | PPD | | LOS ANGELES |
| ADDITIONAL CHARGES | | 77.00 | 1.000 | USD | 77.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 1,704.00 | PPD | | |
| TOTAL | | | | VND | 660,000 | | COL | |
| TOTAL | | | | USD | 122.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 17 MAY 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 20 MAY 2018 Place of Issue LOS ANGELES
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COSCO SHIPPING
中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

**COPY**

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

**1. Shipper** Insert Name Address and Phone/Fax
OCEANLINE LOGISTCS AS AGENT FOR
SOURCING GLOBAL MARKETS PTY LTD.
630 W DUARTE ROAD SUITE 205
ARCADIA, CA 91007

Booking No.: 8019006880
Bill of Lading No.: COSU8019006880
Export References: LAN18130 OE1830087

**2. Consignee** Insert Name Address and Phone/Fax
CONG TY TNHH TU VAN-THIET KE-XAY
DUNG-THUONG MAI PHU THANH 81B TRAN
PHU, PHUONG 7 TP TUY HOA,
TINH PHU YEN, VIETNAM
TEL:+84909371920*

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

**3. Notify Party** Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
CONG TY TNHH TU VAN-THIET KE-XAY
DUNG-THUONG MAI PHU THANH 81B TRAN
PHU, PHUONG 7 TP TUY HOA,
TINH PHU YEN, VIETNAM
TEL:+84909371920*

Also Notify Party-routing & Instructions:
*HOANG@SGMG.COM.AU

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: OAKLAND, CA
6. Ocean Vessel Voy. No.: COSCO PRIDE 041W
7. Port of Loading: OAKLAND, CA
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: HO CHI MINH
9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 40 BALES | LDPE PLASTIC SCRAP, HS CODE: 39151090 DTHC PREPAID | 17772.000KGS | 40.0000CBM |
| OCEAN FREIGHT PREPAID AES X20180412713193 SHIPPER'S LOAD,COUNT AND SEAL THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED. | | | | |
| CCLU7222188 /3973681 | / | 40 BALES /FCL / FCL | /40HQ/17,772.000KG | |

Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| DEST. DOC FEE | | 30.00 | 1.000 | USD | 30.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 122.00 | 1/40HQ | USD | 122.00 | PPD | | LOS ANGELES |
| LAN18130 | | 500.00 | 1/40HQ | USD | 500.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 799.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 17 APR 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 17 APR 2018 Place of Issue LOS ANGELES
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COSCO SHIPPING
中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

**COPY**

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

**1. Shipper** Insert Name Address and Phone/Fax
OCEAN LINE LOGISTICS, INC AS AGENT
FOR
AW PLASTIC CO., LIMITED
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8019011381
Bill of Lading No.: COSU8019011381
Export References: LAN18130 OE1830552

**2. Consignee** Insert Name Address and Phone/Fax
TC PLASTIC (HK) LIMITED
RM 2914(N) 29/F,
HO KING COMMERCIAL CENTRE 2-16
FA YUEN STREET, MONGKOK, KOWLOON
TEL: (852) 90223699*

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

**3. Notify Party** Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
TC PLASTIC (HK) LIMITED
RM 2914(N) 29/F,
HO KING COMMERCIAL CENTRE 2-16
FA YUEN STREET, MONGKOK, KOWLOON
TEL: (852) 90223699*

Also Notify Party-routing & Instructions:
*FAX: (852) 28348168
E-MAIL: N.N.C.2000@GMAIL.COM

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: NORFOLK
6. Ocean Vessel Voy. No.: CMA CGM RHONE 0TU0UN1MA
7. Port of Loading: NORFOLK
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: HONG KONG
9. Combined Transport* Place of Delivery: HONG KONG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 60 BALES | PLASTIC SCRAP | 42070.000KGS | 80.0000CBM |
| OCEAN FREIGHT PREPAID AES X20180515585026 SHIPPER'S LOAD,COUNT AND SEAL THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED. | | | | |
| CBHU8474754 /213621 | / | 30 BALES /FCL / FCL | /40HQ/24,270.000KG | |
| CCLU7090179 /60305577 | / | 30 BALES /FCL / FCL | /40HQ/17,800.000KG | |

Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| DEST DLVY CHARGE | | 2750.00 | 2/40HQ | HKD | 5,500.00 | PPD | | LOS ANGELES |
| LAN18130 | | 575.00 | 2/40HQ | USD | 1,150.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 500.00 | 1.000 | HKD | 500.00 | PPD | | LOS ANGELES |
| LOW SULFUR SURCHAR | | 25.00 | 2/40HQ | USD | 50.00 | PPD | | LOS ANGELES |
| PORT SEC. LOAD | | 5.75 | 2/40HQ | USD | 11.50 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD | 24.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TOTAL | | | | HKD | 6,000.00 | PPD | | |
| TOTAL | | | | USD | 1,285.50 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 18 MAY 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 18 MAY 2018 Place of Issue LOS ANGELES
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEAN LINE LOGISTICS, INC AS AGENT
FOR
AW PLASTIC CO., LIMITED
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8019021681
Bill of Lading No.: COSU8019021681
Export References: LAN18130 OE1830232

2. Consignee (Insert Name Address and Phone/Fax)
OCEAN LUCK CORPORATION LIMITED
FLAT 16, 15/F METRO CENTRE
32 LAM HING STREET
KOWLOON BAY KOWLOON
PH: 9663-6207 FAX: 2410-9102

Forwarding Agent and References:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
OCEAN LUCK CORPORATION LIMITED
FLAT 16, 15/F METRO CENTRE
32 LAM HING STREET
KOWLOON BAY KOWLOON
PH: 9663-6207 FAX: 2410-9102

Also Notify Party-routing & Instructions:

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: CLEVELAND
6. Ocean Vessel Voy. No.: APL ESPLANADE 302TXW
7. Port of Loading: LOS ANGELES
Service Contract No.: LAN18130
Commodity Code:
8. Port of Discharge: HONG KONG
9. Combined Transport* Place of Delivery: HONG KONG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES ITN: X20180424370331 | 60 BALES | 2X40'HQ CONTAINER SLAC: PLASTIC SCRAP | 38300.000KGS | |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CBHU8856968 /80337239 / 30 BALES /FCL / FCL /40HQ/18,100.000KG
RFCU4087051 /80337246 / 30 BALES /FCL / FCL /40HQ/20,200.000KG

| FREIGHT & CHARGRATE | PER | AMOUNT | PREPAID | COLLECT |
|---|---|---|---|---|
| CARRIER SECURITY C | 12.00 | 2/40HQ USD | 24.00 PPD | LOS ANGELES |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 9 MAY 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 15 MAY 2018 Place of Issue LOS ANGELES
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: APL ESPLANADE Voyage: 302TXW B/L NO.: COSU8019021681 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | | | | Gross Weight | Measurement |
|---|---|---|---|---|---|---|---|
| ARBITRARY AT LOAD | 1655.00 | 2/40HQ | USD | 3,310.00 | PPD | LOS ANGELES | |
| TELEX RELEASE | 35.00 | 1.000 | USD | 35.00 | PPD | LOS ANGELES | |
| INLAND FUEL CHARGE | 179.00 | 2/40HQ | USD | 358.00 | PPD | LOS ANGELES | |
| LOW SULFUR SURCHAR | 23.00 | 2/40HQ | USD | 46.00 | PPD | LOS ANGELES | |
| ORIGIN DOC FEE | 50.00 | 1.000 | USD | 50.00 | PPD | LOS ANGELES | |
| LAN18130 | 325.00 | 2/40HQ | USD | 650.00 | PPD | LOS ANGELES | |
| ALAMEDA CORRIDOR C | 48.00 | 2/40HQ | USD | 96.00 | PPD | LOS ANGELES | |
| DEST CHANGE | 100.00 | 1.000 | USD | 100.00 | PPD | LOS ANGELES | |
| DEST. DOC FEE | 64.00 | 1.000 | USD | 64.00 | PPD | LOS ANGELES | |
| DEST DLVY CHARGE | 351.00 | 2/40HQ | USD | 702.00 | PPD | LOS ANGELES | |
| TOTAL | | | USD | 5,435.00 | PPD | | |

**COPY**

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEANLINE LOGISTCS AS AGENT FOR
JXRHINO INTERNATIONAL LIMITED
15/B-1/F CHEUK NANG PLAZA 250
HENNESSY ROAD,HONG KONG
LEO +0086 15876544688

Booking No.: 8019030731
Bill of Lading No.: COSU8019030731
Export References: LAN18130 S91804028

2. Consignee (Insert Name Address and Phone/Fax)
YIU SHENG CO., LTD.
NO.38, ZHONGHE VIL., HAIWEI ROAD
LONGJING DISTRICT,
TAICHUNG CITY, TAIWAN
LEN WEN SHENG >

Forwarding Agent and References:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
YIU SHENG CO., LTD.
NO.38, ZHONGHE VIL., HAIWEI ROAD
LONGJING DISTRICT,
TAICHUNG CITY, TAIWAN
LEN WEN SHENG >

Also Notify Party-routing & Instructions:
> TEL:04-26399627/0912-346032
FAX:04-26393269

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: CHICAGO
6. Ocean Vessel Voy. No.: COCL MIAMI 046W
7. Port of Loading: LONG BEACH,CA
Service Contract No.: LAN18130
Commodity Code:
8. Port of Discharge: KAOHSIUNG
9. Combined Transport* Place of Delivery: TAICHUNG,TAIWAN
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 36 BALES | 1X40'HQ CONTAINER SLAC: PLASTIC SCRAP | 18266.000KGS | 50.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180515591603
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CBHU9522970 /UL9947212 / 36 BALES /FCL / FCL /40HQ/18,266.000KG

Declared Cargo Value US$
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 900.00 | 1/40HQ | USD | 900.00 | PPD | | LOS ANGELES |
| ARBITRARY AT DISCH | | 150.00 | 1/40HQ | USD | 150.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 7000.00 | 1/40HQ | TWD | 7,000 | | COL | |
| LOW SULFUR SURCHAR | | 23.00 | 1/40HQ | USD | 23.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 1500.00 | 1.000 | TWD | 1,500 | | COL | |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 1,158.00 | PPD | | |
| TOTAL | | | | TWD | 8,500 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 10 JUN 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 10 JUN 2018 Place of Issue HOUSTON
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

**COPY**

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEANLINE LOGISTCS AS AGENT FOR HC
INTERNATIONAL ENTERPRISE
INC. 630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8019041150
Bill of Lading No.: COSU8019041150
Export References: LAN17997 OE1830310

2. Consignee (Insert Name Address and Phone/Fax)
LIEN MINH IMPORT EXPORT SERVICE AND
TRADE CO., LTD BRANCH AT BAC GIANG
PROVINCE
ADD : FACTORY C4+C5,QUANG CHAU
INDUSTRIAL PARK, VIET YEN *

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
LIEN MINH IMPORT EXPORT SERVICE AND
TRADE CO., LTD BRANCH AT BAC GIANG
PROVINCE
ADD : FACTORY C4+C5,QUANG CHAU
INDUSTRIAL PARK, VIET YEN *

Also Notify Party-routing & Instructions:
*
DISTRICT, BAC GIANG PROVINCE
TEL/FAX:+84 2253 250552
EMAIL: BACGIANG@LIENMINH.VN

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt:
6. Ocean Vessel Voy. No.: EVER LAMBENT 0934W
7. Port of Loading: NEW YORK, NY
Service Contract No.: LAN17997
DOC Form No.:
8. Port of Discharge: HAI PHONG,VIETNAM
9. Combined Transport* Place of Delivery:
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| N/M | 248 BALES | USED PE FILM | 172719.000KGS | 320.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180426552865
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CCLU7240200 /13645052 / 26 BALES /FCL / FCL /40HQ/20,439.000KG
CCLU7260969 /01327056 / 28 BALES /FCL / FCL /40HQ/21,446.000KG
CCLU7471750 /13481154 / 32 BALES /FCL / FCL /40HQ/20,130.000KG
CSNU6068667 /13645047 / 33 BALES /FCL / FCL /40HQ/21,092.000KG
DFSU6051251 /13481118 / 36 BALES /FCL / FCL /40HQ/23,006.000KG
DFSU6864605 /01327024 / 28 BALES /FCL / FCL /40HQ/21,582.000KG
FSCU8589196 /13481170 / 36 BALES /FCL / FCL /40HQ/23,950.000KG
** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY EIGHT CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD | 50.00 | | COL | |
| CARRIER SECURITY C | | 12.00 | 8/40HQ | USD | 96.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 660000. | 1.000 | VND | 660,000 | | COL | |
| DEST DLVY CHARGE | | 122.00 | 8/40HQ | USD | 976.00 | | COL | |
| DEMURRAGE+DETENTIO | | 1350.00 | 8/40HQ | USD | 10,800.00 | | COL | |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| LAN17997 | | 650.00 | 8/40HQ | USD | 5,200.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 11,826.00 | | COL | |
| TOTAL | | | | USD | 5,381.00 | PPD | | |
| TOTAL | | | | VND | 660,000 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 2 MAY 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 2 MAY 2018 Place of Issue LOS ANGELES
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: EVER LAMBENT Voyage: 0934W B/L NO.: COSU8019041150 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| TEMU7604651 /01327025 / | 29 BALES | /FCL / FCL | /40HQ/21,074.000KG | |

---

**COPY**

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax):
OCEAN LINE LOGISTICS, INC AS AGENT
FOR JOY VICTORY CORP.
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8019068450
Bill of Lading No.: COSU8019068450
Export References: LAN18130 OE1830033

2. Consignee (Insert Name Address and Phone/Fax):
PHUONG MAI INDUSTRY ENVIRONMENT
COMPANY LIMITED
NGUYEN DUC CANH STREET,
KINH BAC WARD, BAC NINH CITY,
BAC NINH PROVINCE, VIET NAM

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify):
SAME AS CONSIGNEE
CONTACT PERSON: LE THANH LAM:
0965156568 / SAGIMEXLTL@GMAIL.COM

Also Notify Party-routing & Instructions:

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: LONG BEACH,CA
6. Ocean Vessel Voy. No.: COSCO PRIDE 041W
7. Port of Loading: LONG BEACH,CA
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: QINGDAO
9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES ITN NO.: X20180409475611 | 30 BALES | 1 X 40'HQ CONTAINER SLAC PLASTIC SCRAP | 20640.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

BMOU5240182 /5062711 / 30 BALES /FCL / FCL /40HQ/20,640.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 550.00 | 1/40HQ | USD | 550.00 | PPD | | |
| LOW SULFUR SURCHAR | | 23.00 | 1/40HQ | USD | 23.00 | PPD | | |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | |
| TOTAL | | | | USD | 720.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 14 APR 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 14 APR 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

**COPY**

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax):
OCEAN LINE LOGISTICS, INC AS AGENT
FOR SANTRADE PLASTICS GROUP INC
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8019084150
Bill of Lading No.: COSU8019084150
Export References: LAN17997 OE1830711

2. Consignee (Insert Name Address and Phone/Fax):
LAO QIXIN CO.,LTD
ADD:PHONEKHAM VILLAGE,KEOOUDOM
DISTRICT,VIENTIANE PROVINCE.
PHONE NUMBER:00856309883676
00856304890993

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify):
V.C.P.SHIPPING CO.,LTD
199/1132 MOO.3 TUMRU-BANGPHLI RD.,
TAMBON PREAKSAMAI AMPHOE MUNG
SAMUTPRAKARN SAMUTPRAKARN PROVINCE
1028 TEL:081-8383345 FAX:02-3603051

Also Notify Party-routing & Instructions:

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: SAVANNAH
6. Ocean Vessel Voy. No.: EVER LOGIC 0940W
7. Port of Loading: SAVANNAH
Service Contract No.: LAN17997
DOC Form No.:
8. Port of Discharge: LAEM CHABANG
9. Combined Transport* Place of Delivery: LAEM CHABANG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 30 BALES | PLASTIC PP CARGO IN TRANSIT TO LAOS VIA LAEM CHABANG, ON CONSIGNEE'S RISK COST & ACCOUNT | 14260.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180523113607
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

FCIU9926688 /UL-5712381 / 30 BALES /FCL / FCL /40HQ/14,260.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN17997 | | 900.00 | 1/40HQ | USD | 900.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 4790.00 | 1/40HQ | THB | 4,790.00 | | COL | |
| PORT SEC. LOAD | | 4.50 | 1/40HQ | USD | 4.50 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 1300.00 | 1.000 | THB | 1,300.00 | | COL | |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD | 1.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| ADDITIONAL CHARGES | | 471.00 | 1.000 | USD | 471.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 1,423.50 | PPD | | |
| TOTAL | | | | THB | 6,090.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 13 JUN 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 13 JUN 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

**COPY**

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax):
OCEAN LINE LOGISTICS, INC AS AGENT
FOR AW PLASTIC CO.,LIMITED
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8019147820
Bill of Lading No.: COSU8019147820
Export References: LAN18130 OE1830368

2. Consignee (Insert Name Address and Phone/Fax):
OCEAN LUCK CORPORATION LIMITED
FLAT 16, 15/F METRO CENTRE
32 LAM HING STREET
KOWLOON BAY KOWLOON
PH: 9663-6207 FAX: 2410-9102

Forwarding Agent and References:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify):
OCEAN LUCK CORPORATION LIMITED
FLAT 16, 15/F METRO CENTRE
32 LAM HING STREET
KOWLOON BAY KOWLOON
PH: 9663-6207 FAX: 2410-9102

Also Notify Party-routing & Instructions:

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: DALLAS
6. Ocean Vessel Voy. No.: CMA CGM T. JEFFERSON 304TXW
7. Port of Loading: LOS ANGELES
Service Contract No.: LAN18130
Commodity Code:
8. Port of Discharge: HONG KONG
9. Combined Transport* Place of Delivery: HONG KONG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| X20180507149773 | 30 BALES | 1X40' CONTAINER SLAC PLASTIC SCRAP | 16880.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180507149773
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CSNU6331773 /5434282 / 30 BALES /FCL / FCL /40HQ/16,880.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 900.00 | 1/40HQ | USD | 900.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 80.00 | 1.000 | USD | 80.00 | PPD | | LOS ANGELES |
| LOW SULFUR SURCHAR | | 23.00 | 1/40HQ | USD | 23.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 351.00 | 1/40HQ | USD | 351.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 64.00 | 1.000 | USD | 64.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 1,465.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 17 MAY 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 20 MAY 2018 Place of Issue HOUSTON — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COPY

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| Field | Content |
|---|---|
| 1. Shipper (Insert Name Address and Phone/Fax) | OCEANLINE LOGISTCS AS AGENT FOR GDB GROUP INC., 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007 |
| Booking No. | 8019148450 |
| Bill of Lading No. | COSU8019148450 |
| Export References | LAN18130 |
| 2. Consignee (Insert Name Address and Phone/Fax) | HONG KONG HUAMEI PLASTIC LIMITED FLAT B 1/F 55-57 SAN FUN AVENUE SHEUNG SHUI NT. HK EMAIL: ROYSZE8888@GMAIL.COM |
| Forwarding Agent and References | |
| Point and Country of Origin | |
| 3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | SAME AS CONSIGNEE TEL: +852-2146-2668 FAX: +852-2445-1918 |
| Also Notify Party-routing & Instructions | |
| 4. Combined Transport* Pre-Carriage by | |
| 5. Combined Transport* Place of Receipt | COLUMBUS |
| 6. Ocean Vessel Voy. No. | OOCL MIAMI 046W |
| 7. Port of Loading | LONG BEACH, CA |
| Service Contract No. | LAN18130 |
| Commodity Code | |
| 8. Port of Discharge | HAI PHONG, VIETNAM |
| 9. Combined Transport* Place of Delivery | HONG KONG |
| Type of Movement | FCL / FCL CY-CY |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES: X20180518838462 | 44 BALES | 1X40HQ CONTAINER SLAC PLASTIC SCRAP 44 BALES GW: 13884KGS | 13884.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CCLU7082701 /16220561 / 44 BALES /FCL / FCL /40HQ/13,884.000KG

FREIGHT & CHARGRATE PER AMOUNT PREPAID COLLECT

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading. *Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 10 JUN 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 10 JUN 2018 Place of Issue LOS ANGELES

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COPY

Vessel: OOCL MIAMI Voyage: 046W B/L NO.: COSU8019148450 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | | | | Gross Weight | Measurement |
|---|---|---|---|---|---|---|---|
| LAN18130 | 1300.00 | 1/40HQ | USD | 1,300.00 PPD | | LOS ANGELES | |
| CARRIER SECURITY C | 12.00 | 1/40HQ | USD | 12.00 PPD | | LOS ANGELES | |
| INLAND FUEL CHARGE | 179.00 | 1/40HQ | USD | 179.00 PPD | | LOS ANGELES | |
| ALAMEDA CORRIDOR C | 48.00 | 1/40HQ | USD | 48.00 PPD | | LOS ANGELES | |
| ORIGIN DOC FEE | 50.00 | 1.000 | USD | 50.00 PPD | | LOS ANGELES | |
| DEST. DOC FEE | 500.00 | 1.000 | HKD | 500.00 | COL | | |
| DEST DLVY CHARGE | 2750.00 | 1/40HQ | HKD | 2,750.00 | COL | | |
| TELEX RELEASE | 35.00 | 1.000 | USD | 35.00 PPD | | LOS ANGELES | |
| BL AMENDMENT FEE | 50.00 | 1.000 | USD | 50.00 PPD | | LOS ANGELES | |
| ADDITIONAL CHARGES | 2500.00 | 1.000 | USD | 2,500.00 PPD | | LOS ANGELES | |
| TOTAL | | | USD | 4,174.00 PPD | | | |
| TOTAL | | | HKD | 3,250.00 | COL | | |

---

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

COPY

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| Field | Content |
|---|---|
| 1. Shipper (Insert Name Address and Phone/Fax) | OCEANLINE LOGISTCS AS AGENT FOR CALTEX POLYMERS INC., 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007 |
| Booking No. | 8019149510 |
| Bill of Lading No. | COSU8019149510 |
| Export References | LAN18130 OE1830441 |
| 2. Consignee (Insert Name Address and Phone/Fax) | TRINH NGHIEN JOINT STOCK COMPANY NO.01 QUY NHAT TOWN, NGHIA DIST, NAM DINH PROVINE, VIETNAM TEL:84-904830609 (MR.HUYNH) EMAIL: TRINHNGHIEN63@GMAIL.COM |
| Forwarding Agent and References FMC/CHB No. | |
| Point and Country of Origin | |
| 3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | SAME AS CONSIGNEE |
| Also Notify Party-routing & Instructions | |
| 4. Combined Transport* Pre-Carriage by | |
| 5. Combined Transport* Place of Receipt | CLEVELAND |
| 6. Ocean Vessel Voy. No. | OOCL BEIJING 060W |
| 7. Port of Loading | LONG BEACH |
| Service Contract No. | LAN18130 |
| DOC Form No. | |
| 8. Port of Discharge | BA RIA-VUNG TAU(CM-TV) |
| 9. Combined Transport* Place of Delivery | HO CHI MINH (CAT LAI) |
| Type of Movement | FCL / FCL CY-CY |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 31 PACKAGES | PLASTIC SCRAP | 18967.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180417966874
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

TCNU6455527 /5408913 / 31 PACKAGES /FCL / FCL /40HQ/18,967.000KG

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 1200.00 | 1/40HQ | USD 1,200.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD 12.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 1,262.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading. *Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 20 MAY 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 20 MAY 2018 Place of Issue HOUSTON

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

COPY

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| Field | Content |
|---|---|
| 1. Shipper (Insert Name Address and Phone/Fax) | OCEANLINE LOGISTCS AS AGENT FOR STARLUX CORPORATION 630 W DUARTE ROAD SUITE 205 ARCADIA, CA 91007 |
| Booking No. | 8019150701 |
| Bill of Lading No. | COSU8019150700 |
| Export References | LAN18130 OE1830638 |
| 2. Consignee (Insert Name Address and Phone/Fax) | AW PLASTIC CO., LIMITED UNIT A3, 14/F, PHASE 1 YIP FAT IND BLDG., 77 HOI YUEN ROAD KWUN TONG, KOWLOON, HONGKONG > |
| Forwarding Agent and References FMC/CHB No. | |
| Point and Country of Origin | |
| 3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | AW PLASTIC CO., LIMITED UNIT A3, 14/F, PHASE 1 YIP FAT IND BLDG., 77 HOI YUEN ROAD KWUN TONG, KOWLOON, HONGKONG > |
| Also Notify Party-routing & Instructions | > TEL: (852) 2316 2868 FAX: (852) 2316 2882 |
| 4. Combined Transport* Pre-Carriage by | |
| 5. Combined Transport* Place of Receipt | CHICAGO |
| 6. Ocean Vessel Voy. No. | OOCL MIAMI 046W |
| 7. Port of Loading | LONG BEACH, CA |
| Service Contract No. | LAN18130 |
| DOC Form No. | |
| 8. Port of Discharge | HONG KONG |
| 9. Combined Transport* Place of Delivery | HONG KONG, HONG KONG |
| Type of Movement | FCL / FCL CY-CY |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| X20180515577228 | 54 PACKAGES | 2X40'HC PLASTIC SCRAP SC80214B & SC80299 | 36944.000KGS | 80.0000CBM |

OCEAN FREIGHT PREPAID
ITN NO.: X20180515577228
SHIPPER'S LOAD STOW COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

FSCU8476271 /7258852 / 41 PACKAGES /FCL / FCL /40HQ/18,402.000KG
SEGU6336394 /7258853 / 13 PACKAGES /FCL / FCL /40HQ/18,542.000KG

Declared Cargo Value US$

Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 950.00 | 2/40HQ | USD 1,900.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD 24.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 500.00 | 1.000 | HKD 500.00 | | COL | |
| DEST DLVY CHARGE | | 2750.00 | 2/40HQ | HKD 5,500.00 | | COL | |
| TOTAL | | | | USD 2,059.00 | PPD | | |
| TOTAL | | | | HKD 6,000.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading. *Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 10 JUN 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 10 JUN 2018 Place of Issue HOUSTON

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COPY

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper — Insert Name Address and Phone/Fax
OCEAN LINE LOGISTICS, INC AS AGENT
FOR
CALTEX POLYMERS INC.,
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8019193680
Bill of Lading No.: COSU8019193680
Export References: LAN17997 OE1830762

2. Consignee — Insert Name Address and Phone/Fax
TRINH NGHIEN JOINT STOCK COMPANY
NO.01 QUY NHAT TOWN, NGHIA HUNG
DIST, NAM DINH PROVINCE, VIETNAM
PHONE:84-904830609 (MR.HUYNH)
EMAIL:TRINHNGHIEN62@GMAIL.COM

Forwarding Agent and References

Point and Country of Origin

3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
TRINH NGHIEN JOINT STOCK COMPANY
NO.01 QUY NHAT TOWN, NGHIA HUNG
DIST, NAM DINH PROVINCE, VIETNAM
PHONE:84-904830609 (MR.HUYNH)
EMAIL:TRINHNGHIEN62@GMAIL.COM

Also Notify Party-routing & Instructions

4. Combined Transport* Pre-Carriage by
5. Combined Transport* Place of Receipt: NEW YORK,NY
6. Ocean Vessel Voy. No.: EVER LOGIC 0940W
7. Port of Loading: NEW YORK,NY
Service Contract No.: LAN17997
Commodity Code
8. Port of Discharge: HAI PHONG,VIETNAM
9. Combined Transport* Place of Delivery: HAI PHONG,VIETNAM
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 34 PACKAGES | 1X40'HQ CONTAINER USED PE FILM<br>TRINH NGHIEN JSC., NO. 01 QUY NHAT TOWN, NGHIA HUNG DIST., NAM DINH PROVINCE. PHONE: 84.2283872085<br>TAX CODE: 600389148<br>IMPORT LICENSE REF NO: 54/GXN-BTNMT<br>HS CODE: 3915.10.90 | 17191.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180430738168
SHIPPER'S LOAD, COUNT AND SEAL
** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN17997 | | 900.00 | 1/40HQ | USD | 900.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 122.00 | 1/40HQ | USD | 122.00 | | COL | |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 660000. | 1.000 | VND | 660,000 | | COL | |
| ADDITIONAL CHARGES | | 400.00 | 1/40HQ | USD | 400.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| ADDITIONAL CHARGES | | 1310.00 | 1.000 | USD | 1,310.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 2,707.00 | PPD | | |
| TOTAL | | | | USD | 122.00 | | COL | |
| TOTAL | | | | VND | 660,000 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 20 JUN 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 20 JUN 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COPY

Vessel: EVER LOGIC Voyage: 0940W B/L NO.: COSU8019193680 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | | THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED. | | |
| CBHU7069802 /13483956 | / | 34 PACKAGES /FCL / FCL | /40HQ/17,191.000KG | |

COPY

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper — Insert Name Address and Phone/Fax
OCEAN LINE LOGISTICS, INC.
AS AGENT FOR
SANTRADE PLASTICS GROUP INC
630 W. DUARTE ROAD
ARCADIA, CA - 91007 *

Booking No.: 8019195450
Bill of Lading No.: COSU8019195450
Export References: LAN17997 OE1830639

2. Consignee — Insert Name Address and Phone/Fax
LAO QIXIN CO.,LTD
ADD:PHONEKHAM VILLAGE,KEOOUDOM
DISTRICT,VIENTIANE PROVINCE.
PHONE NUMBER:00856309883676
00856304890993

Forwarding Agent and References

Point and Country of Origin

3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
V.C.P.SHIPPING CO.,LTD
199/1132 MOO.3 TUMRU-BANGPHLI RD.,
TAMBON PREAKSAMAI AMPHOE MUNG
SAMUTPRAKARN SAMUTPRAKARN PROVINCE
1028 TEL:081-8383345 **

Also Notify Party-routing & Instructions
*UNITED STATES
SUITE 205 ARCADIA, CA 91007
**FAX:02-3603051

4. Combined Transport* Pre-Carriage by
5. Combined Transport* Place of Receipt
6. Ocean Vessel Voy. No.: OOCL KOREA 020W
7. Port of Loading: CHARLESTON,SC
Service Contract No.: LAN17997
Commodity Code
8. Port of Discharge: LAEM CHABANG,THAILAND
9. Combined Transport* Place of Delivery: LAEM CHABANG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 30 BALES | 1X40 CONTAINER SLAC PLASTIC SCRAP CARGO IN TRANSIT TO LAOS VIA LAEM CHABANG, ON CONSIGNEE'S RISK COST & ACCOUNT | 15450.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180517754220
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

FCIU9854232 /UL-3046670 / 30 BALES /FCL / FCL /40HQ/15,450.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN17997 | | 900.00 | 1/40HQ | USD | 900.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 4790.00 | 1/40HQ | THB | 4,790.00 | | COL | |
| PORT SEC. LOAD | | 4.00 | 1/40HQ | USD | 4.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 1300.00 | 1.000 | THB | 1,300.00 | | COL | |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| ADDITIONAL CHARGES | | 2005.00 | 1.000 | USD | 2,005.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 3,006.00 | PPD | | |
| TOTAL | | | | THB | 6,090.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 21 JUN 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 21 JUN 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COPY

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper — Insert Name Address and Phone/Fax
OCEANLINE LOGISTCS AS AGENT FOR HC
INTERNATIONAL ENTERPRISE
INC 630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8019205701
Bill of Lading No.: COSU8019205701
Export References: LAN18130 OE1830729

2. Consignee — Insert Name Address and Phone/Fax
GOODTIME SHIPPING LTD ON FUK
INDUSTRIAL BUILDING KWAI CHUNG NT,
HKG FLAT C 5/F 41-45 KWAI FUNG
CRESCENT TEL: 852-25813870
EMAIL : KERRYGT@NETVIGATOR.COM *

Forwarding Agent and References

Point and Country of Origin

3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
GOODTIME SHIPPING LTD ON FUK
INDUSTRIAL BUILDING KWAI CHUNG NT,
HKG FLAT C 5/F 41-45 KWAI FUNG
CRESCENT TEL: 852-25813870
EMAIL : KERRYGT@NETVIGATOR.COM *

Also Notify Party-routing & Instructions
*CONTACT: KERRY CHUI

4. Combined Transport* Pre-Carriage by
5. Combined Transport* Place of Receipt: CLEVELAND
6. Ocean Vessel Voy. No.: OOCL BANGKOK 026W
7. Port of Loading: NEW YORK
Service Contract No.: LAN18130
Commodity Code
8. Port of Discharge: HONG KONG,HONG KONG
9. Combined Transport* Place of Delivery: HONG KONG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 50 PACKS | 2X40 CONTAINERS SLAC PLASTIC SCRAP DTHC PREPAID CSNU6419376, NW: 17890KGS DFSU6068510, NW: 18518KGS | 37423.000KGS | 80.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180525232306
SHIPPER'S LOAD, COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

CSNU6419376 /D3461139 / 26 PACKS /FCL / FCL /40HQ/18,470.000KG
DFSU6068510 /C5228594 / 24 PACKS /FCL / FCL /40HQ/18,953.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 1085.00 | 2/40HQ | USD | 2,170.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 350.00 | 2/40HQ | USD | 700.00 | PPD | | LOS ANGELES |
| LOW SULFUR SURCHAR | | 25.00 | 2/40HQ | USD | 50.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD | 24.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 500.00 | 1.000 | HKD | 500.00 | | COL | |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 3,029.00 | PPD | | |
| TOTAL | | | | HKD | 500.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 28 JUN 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 28 JUN 2018 Place of Issue HOUSTON — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper — Insert Name Address and Phone/Fax

OCEANLINE LOGISTCS AS AGENT FOR GA
RECYCLING
630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8019268832
Bill of Lading No.: COSU8019268832

Export References:
LAN18130
OE1830660

2. Consignee — Insert Name Address and Phone/Fax

LIEN MINH IMPORT EXPORT
SERVICE AND TRADE CO., LTD
ADDRESS:41/132 AN DA, DANG
GIANG, NGO QUYEN, HAI PHONG,VIETNAM
TEL/FAX: +84 313 250 552 *

Forwarding Agent and References

Point and Country of Origin

3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)

SAMZONE CO., LTD NO. 14, 44/64
ALLEY, TRAN THAI TONG STR, DICH
VONG HAU WARD, CAU GIAY DIST.,
HANOI, VIETNAM
EMAIL: HOAN@SAMZONE.COM.VN

Also Notify Party-routing & Instructions

*EMAIL: INFO@LIENMINH.VN
CONTACT PERSON: MR. HOAN,
PHONE:+84904424099

4. Combined Transport* Pre-Carriage by

5. Combined Transport* Place of Receipt

6. Ocean Vessel Voy. No.: EUROPE 028W
7. Port of Loading: NEW YORK,NY
Service Contract No.: LAN18130
Commodity Code

8. Port of Discharge: HAI PHONG,VIETNAM
9. Combined Transport* Place of Delivery
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 35 BALES | 1X40 CONTAINER SLAC<br>USED WOVEN JUMBO BAG<br><br>LIEN MINH MPORT EXPORT SERVICE<br>ANDTRADE CO., LTD<br>84-313) 250 552<br>TAX CODE 0201199339<br>IMPORT LICENSE REF NO<br>10/GXN-BTNMT<br>HS 3915 | 14615.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180518834631
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 600.00 | 1/40HQ | USD | 600.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 122.00 | 1/40HQ | USD | 122.00 | | COL | |
| DEST. DOC FEE | | 660000. | 1.000 | VND | 660,000 | | COL | |
| ORIGIN DOC FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| ADDITIONAL CHARGES | | 2128.00 | 1.000 | USD | 2,128.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 2,825.00 | PPD | | |
| TOTAL | | | | USD | 122.00 | | COL | |
| TOTAL | | | | VND | 660,000 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 27 MAY 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 27 MAY 2018 Place of Issue HOUSTON

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: EUROPE Voyage: 028W B/L NO.: COSU8019268832 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| CBHU8152911 /007842 | / | 35 BALES /FCL / FCL /40HQ/14,615.000KG | | |

**COPY**

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper — Insert Name Address and Phone/Fax

OCEANLINE LOGISTCS AS AGENT FOR
GREEN FOREST ENVIRO
LIMITED
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8019399840
Bill of Lading No.: COSU8019399840

Export References:
LAN18130
OE1830683

2. Consignee — Insert Name Address and Phone/Fax

SHYE GUAN PLASTIC INDUSTRIES SDN
BHD NO. 9-11,
PERSIARAN KILANG PENGKALAN 32,
KAWASAN PERINDUSTRIAN PENGKALAN
MAJU, 31500 LAHAT, PERAK, *

Forwarding Agent and References FMC/CHB No.

Point and Country of Origin

3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)

SAME AS CONSIGNEE

Also Notify Party-routing & Instructions

* MALAYSIA.
TEL: +605-322 6951 CELL: +601-2383
2037
MYAP4PS@GMAIL.COM; JCY@JLGROUP.MY

4. Combined Transport* Pre-Carriage by
5. Combined Transport* Place of Receipt: SEATTLE

6. Ocean Vessel Voy. No.: APL SOUTHAMPTON 0TN02W1MA
7. Port of Loading: SEATTLE
Service Contract No.: LAN18130
DOC Form No.

8. Port of Discharge: PENANG
9. Combined Transport* Place of Delivery: PENANG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 148 BALES | LDPE COLOR FILMS IN BALED<br>DTHC PREPAID | 94837.000KGS | 200.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180523086146
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

CBHU8933982 /3178166 / 28 BALES /FCL / FCL /40HQ/19,967.000KG
CCLU6686409 /3178182 / 28 BALES /FCL / FCL /40HQ/18,325.000KG
CSLU6265247 /3178160 / 31 BALES /FCL / FCL /40HQ/18,888.000KG
TCLU1892656 /3178181 / 32 BALES /FCL / FCL /40HQ/19,205.000KG
UETU5167116 /3066627 / 29 BALES /FCL / FCL /40HQ/18,452.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY FIVE CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| CARRIER SECURITY C | | 12.00 | 5/40HQ | USD | 60.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 153.00 | 5/40HQ | USD | 765.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 41.00 | 1.000 | USD | 41.00 | PPD | | LOS ANGELES |
| LAN18130 | | 700.00 | 5/40HQ | USD | 3,500.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD | 1.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 4,402.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 28 MAY 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 28 MAY 2018 Place of Issue LOS ANGELES

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper — Insert Name Address and Phone/Fax

OCEAN LINE LOGISTICS, INC AS AGENT
FOR ECR TRADING INC
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8019554820
Bill of Lading No.: COSU8019554820

Export References:
LAN18130
OE1831175

2. Consignee — Insert Name Address and Phone/Fax

CHIHO ECO PROTECTION LIMITED
48 WANG LOK STREET, YUEN LONG
INDUSTRIAL ESTATE,YUEN LONG, N.T.
HONG KONG

Forwarding Agent and References

Point and Country of Origin

3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)

SAME AS CONSIGNEE
WILSON WANG
TEL: +8617708650922, +8615986072998
EMAIL: W86922@GMAIL.COM

Also Notify Party-routing & Instructions

> EMAIL: HK-IMPORT@CHIHO-TIANDE.COM
PHONE: 2589 3500 / 2589 3569
FAX: 2589 7799

4. Combined Transport* Pre-Carriage by
5. Combined Transport* Place of Receipt: LONG BEACH,CA

6. Ocean Vessel Voy. No.: KOTA PERABU 004W
7. Port of Loading: LONG BEACH,CA
Service Contract No.: LAN18130
Commodity Code

8. Port of Discharge: HONG KONG
9. Combined Transport* Place of Delivery: HONG KONG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| AES:<br>X20180705480138 | 64 PACKAGES | 2X40' HQ CONTAINER SLAC:<br>PLASTIC SCRAP<br><br>FREIGHT PREPAID<br>TCNU2275553<br>NET WEIGHT: 40060 LB<br>TCNU8718005<br>NET WEIGHT: 36400 LB | 34682.000KGS<br>76459.940LBS | 80.0000CBM<br>2825.168CFT |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD STOW COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 325.00 | 2/40HQ | USD | 650.00 | PPD | | |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD | 24.00 | PPD | | |
| DEST DLVY CHARGE | | 3000.00 | 2/40HQ | HKD | 6,000.00 | | COL | |
| LOW SULFUR SURCHAR | | 23.00 | 2/40HQ | USD | 46.00 | PPD | | |
| DEST. DOC FEE | | 500.00 | 1.000 | HKD | 500.00 | | COL | |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD | 1.00 | PPD | | |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | |
| TOTAL | | | | USD | 756.00 | PPD | | |
| TOTAL | | | | HKD | 6,500.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 10 AUG 2018

Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC. , AS AGENT

9805 Date of Issue 10 AUG 2018 Place of Issue HOUSTON

Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

**COPY**

Vessel: KOTA PERABU Voyage: 004W B/L NO.: COSU8019554820 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| IS PROHIBITED. | | | | |
| TCNU8718005 /3945473 / | 32 PACKAGES | /FCL / FCL | /40HQ/16,511.000KG | |
| TCNU2275553 / 3060315 / | 32 PACKAGES | /FCL / FCL | /40HQ/18,171.000KG | |

**COPY**

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEAN LINE LOGISTICS, INC AS AGENT
FOR ECR TRADING INC
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8019603550
Bill of Lading No.: COSU8019603550
Export References: OE1831218

2. Consignee (Insert Name Address and Phone/Fax)
CHIHO ECO PROTECTION LIMITED
48 WANG LOK STREET, YUEN LONG
INDUSTRIAL ESTATE, YUEN LONG, N.T.
HONG KONG EMAIL:
HK-IMPORT@CHIHO-TIANDE.COM *

Forwarding Agent and References:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CNEE
WILSON WANG
TEL: +8617708650922, +8615986072998
EMAIL: W86922@GMAIL.COM

Also Notify Party-routing & Instructions:
*
PHONE: 2589 3500 / 2589 3569
FAX: 2589 7799

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: NEW YORK
6. Ocean Vessel Voy. No.: OOCL POLAND 014W
7. Port of Loading: NEW YORK
Service Contract No.: LAN18130
Commodity Code:
8. Port of Discharge: HONG KONG
9. Combined Transport* Place of Delivery: HONG KONG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 35 PACKAGES | PLASTIC SCRAP<br>35 PACKAGES<br>NET WEIGHT: 49470 LBS | 22440.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ITN X20180711834884
SHIPPER'S LOAD STOW COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

CCLU6634318 /1674993 / 35 PACKAGES /FCL / FCL /40HQ/22,440.000KG

Declared Cargo Value US$
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)
10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| LAN18130 | | 550.00 | 1/40HQ | USD 550.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 3000.00 | 1/40HQ | HKD 3,000.00 | | COL | |
| LOW SULFUR SURCHAR | | 25.00 | 1/40HQ | USD 25.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD 12.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 500.00 | 1.000 | HKD 500.00 | | COL | |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD 1.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 623.00 | PPD | | |
| TOTAL | | | | HKD 3,500.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 9 AUG 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 9 AUG 2018 Place of Issue HOUSTON
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

**COPY**

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEAN LINE LOGISTICS, INC AS AGENT
FOR
SANTRADE PLASTICS GROUP INC
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8020883590
Bill of Lading No.: COSU8020883590
Export References: LAN17997 OE1830756-2

2. Consignee (Insert Name Address and Phone/Fax)
P&O IMPORT EXPORT COMPANY LIMITED
FLOOR 12, HAI AU TOWER, TRUONG SON
STREET, WARD 14,TAN BINH DISTRICT,
HO CHI MINH VIET NAM
ATTN: NGUYEN BUU LOC +84909116670

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
SAME AS CONSIGNEE

Also Notify Party-routing & Instructions:

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: CHICAGO
6. Ocean Vessel Voy. No.: COSCO OCEANIA 062S
7. Port of Loading: PRINCE RUPERT
Service Contract No.: LAN17997
DOC Form No.:
8. Port of Discharge: HO CHI MINH
9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 60 PACKAGES | PE FILM | 33780.000KGS | 80.0000CBM |

OCEAN FREIGHT PREPAID
ITN X20180522037350
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

FCIU9691536 /0046780 / 30 PACKAGES /FCL / FCL /40HQ/17,200.000KG
TCNU9742407 /0046779 / 30 PACKAGES /FCL / FCL /40HQ/16,580.000KG

Declared Cargo Value US$
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)
10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| DEST DLVY CHARGE | | 122.00 | 2/40HQ | USD 244.00 | PPD | | LOS ANGELES |
| LAN17997 | | 1250.00 | 2/40HQ | USD 2,500.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 30.00 | 1.000 | USD 30.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD 24.00 | PPD | | LOS ANGELES |
| CANADIAN CARBON TA | | 12.00 | 2/40HQ | USD 24.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD 1.00 | PPD | | LOS ANGELES |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 2,908.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 6 JUN 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 6 JUN 2018 Place of Issue LOS ANGELES
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COSCO SHIPPING 中远海运集装箱运输有限公司 COSCO SHIPPING LINES CO., LTD.

**COPY**

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper (Insert Name Address and Phone/Fax)
OCEAN LINE LOGISTICS, INC AS AGENT
FOR
SANTRADE PLASTICS GROUP INC
630 W DUARTE ROAD
SUITE 205 ARCADIA, CA 91007

Booking No.: 8020883590
Bill of Lading No.: COSU8020883599
Export References: LAN17997 OE1830756-1

2. Consignee (Insert Name Address and Phone/Fax)
CONG TY CO PHAN THUONG MAI DICH VU
MAI SON PHAT SO 10 LO E4 , DUONG
DD4, KHU DAN CU AN SUONG , PHUONG
TAN THUAN HUNG , QUAN 12 , HO CHI
MINH CITY , VIET NAM *

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

3. Notify Party (Insert Name Address and Phone/Fax) (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
CONG TY CO PHAN THUONG MAI DICH VU
MAI SON PHAT SO 10 LO E4 , DUONG
DD4, KHU DAN CU AN SUONG , PHUONG
TAN THUAN HUNG , QUAN 12 , HO CHI
MINH CITY , VIET NAM *

Also Notify Party-routing & Instructions:
*PHONE : +84 909116670
MAIL :
VUONGTHIENKIMTRADING@GMAIL.COM

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: CHICAGO
6. Ocean Vessel Voy. No.: COSCO OCEANIA 062S
7. Port of Loading: PRINCE RUPERT
Service Contract No.: LAN17997
DOC Form No.:
8. Port of Discharge: HO CHI MINH
9. Combined Transport* Place of Delivery: HO CHI MINH (CAT LAI)
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 30 PACKAGES | USED PLASTIC PIPES | 14600.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ITN X20180522037350
SHIPPER'S LOAD,COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

RFCU4012387 /B-309840 / 30 PACKAGES /FCL / FCL /40HQ/14,600.000KG

Declared Cargo Value US$
Description of Contents for Shipper's Use Only (Not part of This B/L Contract)
10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| DEST DLVY CHARGE | | 122.00 | 1/40HQ | USD 122.00 | PPD | | LOS ANGELES |
| LAN17997 | | 1250.00 | 1/40HQ | USD 1,250.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 30.00 | 1.000 | USD 30.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD 12.00 | PPD | | LOS ANGELES |
| CANADIAN CARBON TA | | 12.00 | 1/40HQ | USD 12.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD 1.00 | PPD | | LOS ANGELES |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD 50.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD 1,512.00 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 6 JUN 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 6 JUN 2018 Place of Issue LOS ANGELES
Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

COPY

中远海运集装箱运输有限公司
COSCO SHIPPING LINES CO., LTD.

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper — Insert Name Address and Phone/Fax
OCEANLINE LOGISTICS AS AGENT FOR
HONG KONG YING CHEUNG TRADING
(RECYCLING) LIMITED.
630 W DUARTE ROAD SUITE 205
ARCADIA, CA 91007

Booking No.: 8020911220
Bill of Lading No.: COSU8020911220
Export References: LAN18130 OE1831224

2. Consignee — Insert Name Address and Phone/Fax
TECHNOLOGY PP INDUSTRIES (NORTHERN)
SDN BHD
PLOT NO. 250, JALAN PKNK 3, (FASA
2) KAWASAN PERUSAHAAN SUNGAI PETANI
08000 SUNGAI PETANI KEDAH MALAYSIA

Forwarding Agent and References FMC/CHB No.:

Point and Country of Origin:

3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
TECHNOLOGY PP INDUSTRIES (NORTHERN)
SDN BHD
PLOT NO. 250, JALAN PKNK 3, (FASA
2) KAWASAN PERUSAHAAN SUNGAI PETANI
08000 SUNGAI PETANI KEDAH MALAYSIA

Also Notify Party-routing & Instructions:

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: HOUSTON
6. Ocean Vessel Voy. No.: COSCO BOSTON 152W
7. Port of Loading: HOUSTON
Service Contract No.: LAN18130
DOC Form No.:
8. Port of Discharge: PENANG
9. Combined Transport* Place of Delivery: PENANG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 44 BALES | PLASTIC PE | 19432.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
AES X20180715019273
SHIPPER'S LOAD STOW COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

CCLU7635089 /8708323 / 44 BALES /FCL / FCL /40HQ/19,432.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 150.00 | 1/40HQ | USD | 150.00 | PPD | | LOS ANGELES |
| PORT SEC. LOAD | | 3.25 | 1/40HQ | USD | 3.25 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 40.00 | 1.000 | USD | 40.00 | PPD | | LOS ANGELES |
| ELECTRONIC BOOKING | | 1.00 | 1.000 | USD | 1.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| LAN18130 | | 925.00 | 1/40HQ | USD | 925.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 1,166.25 | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board: 21 JUL 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 21 JUL 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COPY

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper — Insert Name Address and Phone/Fax
OCEANLINE LOGISTICS AS AGENT FOR
UNION LOGISTICS INC
630 W DUARTE ROAD SUITE 205
ARCADIA, CA 91007

Booking No.: 8021323960
Bill of Lading No.: COSU8021323960
Export References: LAN18130 OE1831638 TKI18-OE015259

2. Consignee — Insert Name Address and Phone/Fax
ON TIME WORLDWIDE LOGISTICS
(VIETNAM) CO., LTD - HANOI BRANCH
12FL, RED BLDG, 169 BUI THI XUAN
STREET, HAI BA TRUNG DISTRICT,
HANOI VIETNAM *

Forwarding Agent and References:

Point and Country of Origin:

3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
ON TIME WORLDWIDE LOGISTICS
(VIETNAM) CO., LTD - HANOI BRANCH
12FL, RED BLDG, 169 BUI THI XUAN
STREET, HAI BA TRUNG DISTRICT,
HANOI VIETNAM *

Also Notify Party-routing & Instructions:
*
TEL: (8424) 3974 4452/53 FAX:
(8424) 3974 8495

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: NEW YORK
6. Ocean Vessel Voy. No.: OOCL CHONGQING 024W
7. Port of Loading: NEW YORK
Service Contract No.: LAN18130
Commodity Code:
8. Port of Discharge: HAI PHONG
9. Combined Transport* Place of Delivery: HAI PHONG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 86 BALES | PLASTIC WASTE<br>HS 39159000<br>REAL CONSIGNEE:<br>0200867992#50/GXN-BTNMT#<br>BANK DEPOSIT<br>NUMBER:54/2019/GXN-MSBHP#<br># PHU HUNG TRADING AND<br>WAREHOUSE SERVICE JOINT<br>STOCK COMPANY# NO.49 DINH TIEN<br>HOANG STREET,<br>HONG BANG DIST.,HAI PHONG<br>CITY,VIETNAM.#<br>TEL:84-2256294294 #<br>EMAIL:PHUHUNGHPJSC@GMAIL.COM<br>#CC:TRIPTOANCAU1280@GMAIL.COM<br>#TEL:84-394367010 | 37785.000KGS | |

OCEAN FREIGHT PREPAID
** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY TWO CONTAINERS TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 700.00 | 2/40HQ | USD | 1,400.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 2/40HQ | USD | 24.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 165.00 | 2/40HQ | USD | 330.00 | | COL | |
| DEST. DOC FEE | | 850000. | 1.000 | VND | 850,000 | | COL | |
| ORIGIN DOC FEE IF | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| BL AMENDMENT FEE | | 50.00 | 1.000 | USD | 50.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 1,594.00 | PPD | | |
| TOTAL | | | | USD | 330.00 | | COL | |
| TOTAL | | | | VND | 850,000 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 14 OCT 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 14 OCT 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.

---

COPY

Vessel: OOCL CHONGQING Voyage: 024W B/L NO.: COSU8021323960 PAGE: 2 OF 2

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|

NO EEI 30.37(A)
SHIPPER'S LOAD STOW COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

CCLU7133305 /14078976 / 42 BALES /FCL / FCL /40HQ/17,273.000KG
CSNU7137309 /14078962 / 44 BALES /FCL / FCL /40HQ/20,512.000KG

---

COPY

TLX: 33057 COSCO SHIPPING
FAX: +86(21) 65458984

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

1. Shipper — Insert Name Address and Phone/Fax
OCEANLINE LOGISTICS AS AGENT FOR
SQUAREX INC.
630 W DUARTE ROAD
SUITE 205
ARCADIA, CA 91007

Booking No.: 8021342830
Bill of Lading No.: COSU8021342830
Export References: LAN18130 OE1831828

2. Consignee — Insert Name Address and Phone/Fax
EXCEL CONCEPT ENTERPRISES LTD.
ROOM 1012, NO.1, HUNG TO ROAD,
KWUN TONG, KOWLOON, HKSAR
TEL: (852) 2858 2717 FAX: (852)
8169 9730 EXCEL@EXCCLWH.COM.HK*

Forwarding Agent and References:

Point and Country of Origin:

3. Notify Party — Insert Name Address and Phone/Fax (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify)
EXCEL CONCEPT ENTERPRISES LTD.
ROOM 1012, NO.1, HUNG TO ROAD,
KWUN TONG, KOWLOON, HKSAR
TEL: (852) 2858 2717 FAX: (852)
8169 9730 EXCEL@EXCCLWH.COM.HK*

Also Notify Party-routing & Instructions:
*WINCON LAI

4. Combined Transport* Pre-Carriage by:
5. Combined Transport* Place of Receipt: ATLANTA
6. Ocean Vessel Voy. No.: EVER LIFTING 0961W
7. Port of Loading: SAVANNAH
Service Contract No.: LAN18130
Commodity Code:
8. Port of Discharge: HONG KONG
9. Combined Transport* Place of Delivery: HONG KONG
Type of Movement: FCL / FCL CY-CY

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| | 32 BOXES | PLASTIC SCRAP | 19650.000KGS | 40.0000CBM |

OCEAN FREIGHT PREPAID
ITN X20181101266757
SHIPPER'S LOAD STOW COUNT AND SEAL
THESE COMMODITIES, TECHNOLOGIES OR SOFTWARE WERE EXPORTED
FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW
IS PROHIBITED.

DFSU6058641 /1453367 / 32 BOXES /FCL / FCL /40HQ/19,650.000KG

Declared Cargo Value US$ — Description of Contents for Shipper's Use Only (Not part of This B/L Contract)

10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation: SAY ONE CONTAINER TOTAL

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|---|
| LAN18130 | | 750.00 | 1/40HQ | USD | 750.00 | PPD | | LOS ANGELES |
| DEST DLVY CHARGE | | 3000.00 | 1/40HQ | HKD | 3,000.00 | | COL | |
| PORT SEC. LOAD | | 4.50 | 1/40HQ | USD | 4.50 | PPD | | LOS ANGELES |
| LOW SULFUR SURCHAR | | 25.00 | 1/40HQ | USD | 25.00 | PPD | | LOS ANGELES |
| CARRIER SECURITY C | | 12.00 | 1/40HQ | USD | 12.00 | PPD | | LOS ANGELES |
| ORIGIN DOC FEE IF | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| DEST. DOC FEE | | 550.00 | 1.000 | HKD | 550.00 | | COL | |
| TELEX RELEASE | | 35.00 | 1.000 | USD | 35.00 | PPD | | LOS ANGELES |
| TOTAL | | | | USD | 861.50 | PPD | | |
| TOTAL | | | | HKD | 3,550.00 | | COL | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading.
Demurrage and Detention shall be charged according to the tariff published on the Home page of LINES.COSCOSHIPPING.COM. If any ambiguity or query, please search by "Demurrage & Detention Tariff Enquiry".

Date Laden on Board: 8 NOV 2018
Signed by: COSCO SHIPPING LINES (NORTH AMERICA) INC., AS AGENT

9805 Date of Issue 8 NOV 2018 Place of Issue LOS ANGELES — Signed for the Carrier, COSCO SHIPPING LINES CO., LTD.